UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE_____ DIVISION
DOCKET NO. 3:24-CV-01002_____

SALLAMONDRA ROBINSON, et al    ,    )
_____   )
                                   )
            Plaintiff,             )
                                   )
vs.                                )        AMENDED MOTION FOR
                                   )        ADMISSION *PRO HAC*
E'MANI GREEN; ALYSSE HYATT, et al ,)             *VICE*
_____   )        and AFFIDAVIT
                                   )
            Defendant.             )
                                   )
_____   )

        NOW COMES __Saleisha Nadia Averhart_____ ("Local Counsel"), a member in good

standing with the Bar with the United States District Court for the Western District of North

Carolina ("WDNC"), and moves for the admission of __Gabrielle Higgins_____

("Applicant"), who seeks permission to represent __the Plaintiff, Sallamondra Robinson.__

__Individually and as Personal Representative of the Estate of Shanquella Robinson Deceased__

_____ ("Client") in this above-captioned case.

        By signing this motion, Local Counsel and Applicant certify that:

        1.    Applicant is a member in good standing of the bar of the highest court of the State

or of the District of Columbia where Applicant regularly practices law, which is

__Florida_____.

        2.    Applicant practices under the name of or as a member of the following firm:

**Firm Name:** **Frontline Law**_____

**Mailing Address:** **614 S. Federal Highway**_____

**City / State / Zip:** **Fort Lauderdale, Florida 33301**_____

**Telephone Number:** **(754) 801-0897**_____ **Facsimile Number:** **(954) 419-5711**____

**Email Address (required):** **gabrielle@frontlinefirm.com**_____

1

3.      Applicant certifies that s/he is also admitted to practice before and remains in good standing with the Courts in the following jurisdictions:

Southern District of Florida
_____

Middle District of Florida
_____.

4.      Applicant certifies s/he has never been the subject of any formal suspension or disbarment proceedings; never been denied admission *pro hac vice* in this or any other jurisdiction or had *pro hac vice* admission revoked; never had any certificate or privilege to appear and practice before any judicial or administrative body suspended or revoked; and has never received public discipline by any court or lawyer regulatory organization. If Applicant cannot so certify, the applicant has attached a separate explanation including particular information disclosing the disciplinary history or the denial of admission.

5.      Applicant certifies that the client requested Applicant to represent it in this matter, along with Local Counsel.

6.      Applicant agrees to be subject to the Orders of the WDNC, including the Local Rules of the WDNC, and amenable to the disciplinary action and the civil jurisdiction of the WDNC in all respects as if the applicant were a regularly admitted and licensed member of the Bar of this Court in good standing.

7.      Local Counsel is satisfied that Applicant is qualified to practice before the Bar of the WDNC.

8.      Local Counsel has attempted to confer with counsel for the other parties and has received no indication they oppose this motion.

9.      The required fee for admission *pro hac vice* is being submitted with the filing of this motion.

10.     Applicant consents to electronic notification.

By signing this Motion, we so certify.

This, the ___4th___ day of ___December___, 2024

_(signature)_

Local Counsel

Applicant

Attorney Name  Saleisha Nadia Averhart

Bar Number  40178

Firm Name  Wallis, Bowens, Averhart & Associates, PLLC

Firm Address  5500 McNeely Drive, Ste. 102

Firm City  State / Zip  Raleigh, NC 27612

Telephone Number  919-741-6798

Fax Number  919-781-0333

Email Address  saleisha@wbaalaw.com

3

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 04, 2024 a true and correct copy of the foregoing was furnished via electronic mail and service, **to** *Counsel of Defendants.*

E'Mani Green
3023 Sherrill Avenue
Jamestown, North Carolina

Alysse Hyatt
412 Meshire Court
Winston-Salem, North Carolina

Malik Dyer
63 Hamil Street
Lexington, North Carolina

Wenter Donovan
1550 Rumstone Lane
Charlotte, North Carolina

Khalil Cooke
3514 Charterhall Lane
Charlotte, North Carolina

Nazeer Tyree Wiggins
5521 Londonderry Road
Charlotte, North Carolina

United States Department of State
2201 C. Street NW
Washington, D.C. 20520

Federal Bureau of Investigation
935 Pennsylvania Ave., NW
Washington, D.C 20535-0001

**FRONTLINE LAW**
Sue-Ann Robinson, Esq. (FBN: 29463)
614 S. Federal Highway
Fort Lauderdale, FL 33301
Telephone: (954)231-4255
Email: sueann@frontlinefirm.com

WALLIS, BOWENS, AVERHART ; ASSOCIATES, PLLC
/s/ Saleisha Nadia Averhart
Saleisha Nadia Averhart, Esq. (NC State Bar No. 40178)
5500 McNeely Drive, Ste. 102
Raleigh, North Carolina 27612
T: 919-741-6798
saleisha@wbaalaw.com