# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:24-CV-01002-MOC-SCR

| | |
|---|---|
| SALLAMONDRA ROBINSON, | ) |
| Plaintiff, | ) |
| v. | ) |
|  | ) **ORDER** |
| DAEJHANAE JACKSON, et. al., | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on the "Motion for Admission *Pro Hac Vice* and Affidavit [for Sue-Ann Robinson]" (Doc. No. 12) filed December 4, 2024. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel and to the Honorable Max O. Cogburn, Jr.

Signed: December 4, 2024

**SO ORDERED.**

Susan C. Rodriguez
United States Magistrate Judge