## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

Date Served: 12-2-24
Time Served: 1902 ☐ AM ☒ PM
Name Of Defendant: Alysse Hyatt 412 Meshire Ct

☒ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

412 Meshire Ct.,
Winston-Salem, NC 27127

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason:

### DEFENDANT 2

Date Served:
Time Served: ☐ AM ☐ PM
Name Of Defendant:

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason:

Service Fee Paid: $
Date Received: 11-26-24
Date Of Return: 12-2-24

Signature Of Deputy Sheriff Making Return: C. Vereen 2513
Name Of Sheriff (type or print): BOBBY F. KIMBROUGH, JR.
County Of Sheriff: FORSYTH

AOC-CV-100, Side Two, Rev. 4/18
© 2018 Administrative Office of the Courts