UNITED STATES DISTRICT COURT WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO.: 3:24-cv-01002

SALLAMONDRA ROBINSON,
INDIVIDUALLY AND AS
PERSONAL REPRESENTATIVE OF
THE ESTATE OF SHANQUELLA ROBINSON,
DECEASED.                                                )
                                                         )
      *Plaintiff*,
v.                                                       )
                                                         )
E'MANI GREEN,                                            )
ALYSSE HYATT,                                            )
MALIK DYER,                                              )
WENTER DONOVAN,                                          )
KHALIL COOKE,                                            )
NAZEER TYREE WIGGINS,                                    )
UNITED STATES DEPARTMENT OF                              )
STATE, AND THE                                           )
FEDERAL BUREAU OF INVESTIGATION,                         )
                                                         )
      *Defendants*.
_____/

## PLAINTIFF'S NOTICE OF FILING

SALLAMONDRA ROBINSON, by and through Undersigned, files this notice of filing on served Defendant, ALYSSE HYATT:

1. Notice of Removal Formerly 24CV050336-590; Mecklenburg County Superior Court Division
2. Verified Complaint
3. Verified Amended Complaint

      Respectfully submitted,

      /s/ Sue-Ann Robinson
      Sue-Ann Robinson, Esq.
      FBN: 29463
      614 S. Federal Highway
      Fort Lauderdale, FL 33301
      Telephone: (754) 801-0897
      Email: sueann@frontlinefirm.com