# STATE OF NORTH CAROLINA

Mecklenburg County

File No. 24CV050336-590

In The General Court Of Justice
☐ District  ☒ Superior Court Division

**Name Of Plaintiff**
Sallamondra Robinson

**Address**
c/o 5500 McNeely Dr.

**City, State, Zip**
Raleigh, NC 27612

VERSUS

**Name Of Defendant(s)**
E'MANI GREEN, ALYSSE HYATT, MALIK DYER, WENTER DONOVAN, KHALIL COOKE, NAZEER TYREE WIGGINS, UNITED STATES DEPARTMENT OF STATE, AND FEDERAL BUREAU OF INVESTIGATION

## CIVIL SUMMONS
☐ ALIAS AND PLURIES SUMMONS (ASSESS FEE)

G.S. 1A-1, Rules 3 and 4

**Date Original Summons Issued**
10/29/2024

**Date(s) Subsequent Summons(es) Issued**

To Each Of The Defendant(s) Named Below:

**Name And Address Of Defendant 1**
Nazeer Tyree Wiggins
5521 Londonderry Rd., Charlotte, NC 28210

**Name And Address Of Defendant 2**

⚠ **IMPORTANT!** You have been sued! These papers are legal documents, DO NOT throw these papers out! You have to respond within 30 days. You may want to talk with a lawyer about your case as soon as possible, and, if needed, speak with someone who reads English and can translate these papers!

**¡IMPORTANTE!** ¡Se ha entablado un proceso civil en su contra! Estos papeles son documentos legales. ¡NO TIRE estos papeles!
Tiene que contestar a más tardar en 30 días. ¡Puede querer consultar con un abogado lo antes posible acerca de su caso y, de ser necesario, hablar con alguien que lea inglés y que pueda traducir estos documentos!

**A Civil Action Has Been Commenced Against You!**

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and
2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

**Name And Address Of Plaintiff's Attorney (If none, Address Of Plaintiff)**
Saleisha Nadia Averhart
c/o Wallis, Bowens, Averhart, & Associates
5500 McNeely Dr.
Raleigh, NC 27612

**Date Issued:** 11/8/2024  **Time:** 2:49:40 pm  ☐ AM ☐ PM

**Signature:** /s/ Mitchell Woodard

☐ Deputy CSC  ☒ Assistant CSC  ☐ Clerk Of Superior Court

☐ **ENDORSEMENT (ASSESS FEE)**
This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days.

**Date Of Endorsement:**  **Time:**  ☐ AM ☐ PM

**Signature:**

☐ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court

**NOTE TO PARTIES:** Many counties have **MANDATORY ARBITRATION** programs in which most cases where the amount in controversy is $25,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed.

(Over)

AOC-CV-100, Rev. 4/18
© 2018 Administrative Office of the Courts