## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

Date Served: 12/2/24  
Time Served: 1214 ☐ AM ☑ PM  
Name Of Defendant: Nazzer Tyree Wiggins

☐ By delivering to the defendant named above a copy of the summons and complaint.

☑ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with):  
(Empow Grimshaw)  
5521 Londonderry Rd.,  
Charlotte, NC 28210

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason:

### DEFENDANT 2

Date Served:  
Time Served: ☐ AM ☐ PM  
Name Of Defendant:

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with):

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason:

Service Fee Paid: $  
Date Received: 11/27/24  
Date Of Return: 12/2/24  

Signature Of Deputy Sheriff Making Return: [signature] X5123  
Name Of Sheriff (type or print): J. Veloz - X5123  
Garry L. McFadden  
County Of Sheriff: Mecklenburg

AOC-CV-100, Side Two, Rev. 4/18  
© 2018 Administrative Office of the Courts