UNITED STATES DISTRICT COURT WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO.: 3:24-cv-01002

SALLAMONDRA ROBINSON,
INDIVIDUALLY AND AS
PERSONAL REPRESENTATIVE OF
THE ESTATE OF SHANQUELLA ROBINSON,
DECEASED.                                    )
                                             )
   *Plaintiff*,
v.                                           )
                                             )
E'MANI GREEN,                                )
ALYSSE HYATT,                                )
MALIK DYER,                                  )
WENTER DONOVAN,                              )
KHALIL COOKE,                                )
NAZEER TYREE WIGGINS,                        )
UNITED STATES DEPARTMENT OF                  )
STATE, AND THE                               )
FEDERAL BUREAU OF INVESTIGATION,             )
                                             )
   *Defendants*.
_____/

## NOTICE OF FILING PROPOSED SUMMONS

   Plaintiff hereby gives notice that the foregoing document is being electronically filed.

Dated: December 17, 2024.

                                        Respectfully submitted,

                                        /s/ Sue-Ann Robinson
                                        Sue-Ann Robinson, Esq.
                                        FBN: 29463
                                        614 S. Federal Highway
                                        Fort Lauderdale, FL 33301
                                        Telephone: (754) 801-0897
                                        Email: sueann@frontlinefirm.com
                                        *Pro hac vice attorney*