## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Time Served | AM / PM | Name Of Defendant |
|---|---|---|---|
| | | ☐ AM ☐ PM | Wenter Donovan |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

**Name And Address Of Person With Whom Copies Left** (if corporation, give title of person copies left with)
Wenter Donovan
1550 Rumstone Lane,
Charlotte, North Carolina 28262

☐ Other manner of service (specify)

☒ Defendant WAS NOT served for the following reason: Bad address per ms Nicholes

### DEFENDANT 2

| Date Served | Time Served | AM / PM | Name Of Defendant |
|---|---|---|---|
| | | ☐ AM ☐ PM | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

**Name And Address Of Person With Whom Copies Left** (if corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason:

| Service Fee Paid | Signature Of Deputy Sheriff Making Return |
|---|---|
| $ | |
| Date Received | Name Of Sheriff (type or print) J. Mann - X3141 |
| 11-26-24 | Garry McFadden |
| Date Of Return | County Of Sheriff |
| 11-27-24 | Mecklenburg |

AOC-CV-100, Side Two, Rev. 4/18
© 2018 Administrative Office of the Courts