| STATE OF NORTH CAROLINA | | File No. 24CV050336-590 | |
|---|---|---|---|
| Mecklenburg County | | In The General Court Of Justice ☐ District ☒ Superior Court Division | |
| **Name Of Plaintiff** Sallamondra Robinson | | | |
| **Address** c/o 5500 McNeely Dr. | | **CIVIL SUMMONS** ☒ ALIAS AND PLURIES SUMMONS (ASSESS FEE) | |
| **City, State, Zip** Raleigh, NC 27612 | | | |
| VERSUS | | | G.S. 1A-1, Rules 3 and 4 |
| **Name Of Defendant(s)** E'MANI GREEN, ALYSSE HYATT, MALIK DYER, BWENTER DONOVAN, KHALIL COOKE, NAZEER TYREE WIGGINS, UNITED STATES DEPARTMENT OF STATE AND FEDERAL BUREAU OF INVESTIGATION | | **Date Original Summons Issued** 10/29/2024 | |
| | | **Date(s) Subsequent Summons(es) Issued** | |

FILED 2024 DEC 18 MECKLENBURG CO., C.S.C.

**To Each Of The Defendant(s) Named Below:**

| Name And Address Of Defendant 1 | Name And Address Of Defendant 2 |
|---|---|
| Khalil Cooke 3514 Charterhall Lane Charlotte, NC 28215 | |

⚠ **IMPORTANT!** You have been sued! These papers are legal documents, DO NOT throw these papers out! You have to respond within 30 days. You may want to talk with a lawyer about your case as soon as possible, and, if needed, speak with someone who reads English and can translate these papers!

**¡IMPORTANTE!** ¡Se ha entablado un proceso civil en su contra! Estos papeles son documentos legales. ¡NO TIRE estos papeles! Tiene que contestar a más tardar en 30 días. ¡Puede querer consultar con un abogado lo antes posible acerca de su caso y, de ser necesario, hablar con alguien que lea inglés y que pueda traducir estos documentos!

**A Civil Action Has Been Commenced Against You!**

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and
2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

| Name And Address Of Plaintiff's Attorney (if none, Address Of Plaintiff) | Date Issued | Time | |
|---|---|---|---|
| Saleisha Nadia Averhart c/o Wallis, Bowens, Averhart & Associates 5500 McNeely Dr. Raleigh, NC 27612 | 11/8/2024 | 2:49:40 pm ☐ AM ☐ PM | |
| | **Signature** /s/ Mitchell Woodard | | |
| | ☐ Deputy CSC  ☒ Assistant CSC  ☐ Clerk Of Superior Court | | |

| ☐ **ENDORSEMENT (ASSESS FEE)** This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days. | Date Of Endorsement | Time ☐ AM ☐ PM |
|---|---|---|
| | **Signature** | NOV 26 AM 10:05 |
| | ☐ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court | |

**NOTE TO PARTIES:** Many counties have **MANDATORY ARBITRATION** programs in which most cases where the amount in controversy is $25,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed.

(Over)

AOC-CV-100, Rev. 4/18
© 2018 Administrative Office of the Courts