# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

SALLAMONDRA ROBINSON,
INDIVIDUALLY AND AS
PERSONAL REPRESENTATIVE OF
THE ESTATE OF SHANQUELLA ROBINSON,
DECEASED

    *Plaintiff*         )
    v.         )     Civil Action No. 3:24-cv-01002
        )
E'MANI GREEN, ALYSSE HYATT,     )
        )
MALIK DYER,     WENTER     )
DONOVAN,     KHALIL COOKE,     )
        )
NAZEER TYREE WIGGINS     )

    *Defendant*

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
    Luxe Soulfood & Cocktails
    c/o WENTER DONOVAN
    403 N Elm St
    Greensboro, NC 27401-2112

    **A lawsuit has been filed against you.**

    **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

    Frontline Law
    c/o Sue-Ann Robinson, Esq.
    614 S. Federal Highway
    Fort Lauderdale, FL 33301
    Telephone: (754) 801-0897
    Email: sueann@frontlinefirm.com

    **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

Date: 12/30/2024

Katherine Hord Simon, Clerk
United States District Court

**Civil Action No.** 3:24-cv-01002

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

**This summon for** *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

❏     **I personally served the summons on the defendant at** *(place)* _____ on *(date)* _____; or

❏     **I left the summons at the individual's residence or usual place of abode with** *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

❏     **I served the summons on** *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

❏     **I returned the summons unexecuted because** _____; or

❏     **Other** *(specify)***:** _____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of $**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____      _____
                                                                                   **Server's signature**

                                                                                 _____
                                                                                 **Printed name and title**

                                                                                 _____
                                                                                 **Server's address**

**Additional information regarding attempted service, etc:**