Khalil Cooke
3514 Charterhall Lane
Charlotte, NC, 28215

Hand-Delivered

FILED
CHARLOTTE, NC
JAN 16 2025
US DISTRICT COURT
WESTERN DISTRICT OF NC

Case number: 3:24-CV-01002-MOC-SCR

Extension needed due to Retaining a New Attorney.
January 25th, 2025
1/16/2025

Khalil Cooke