IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:24-CV-01002

SALLAMONDRA ROBINSON, )
INDIVIDUALLY AND AS )
PERSONAL REPRESENTATIVE )
OF THE ESTATE OF )
SHANQUELLA ROBINSON, )
DECEASED, )
                                      )
    Plaintiff, )
                                      )
v. )
                                      )
DAEJHANAE JACKSON, )
ALYSSE HYATT, MALIK DYER, )
WENTER DONOVAN, )
KHALIL COOKE, )
NAZEER TYREE WIGGINS, )
UNITED STATES DEPARTMENT )
OF STATE, AND THE )
FEDERAL BUREAU OF )
INVESTIGATION, )
                                      )
    Defendants. )
_____)

## DECLARATION OF KRISTINA BEARD

    I, Kristina Beard, make the following declaration in lieu of an affidavit in accordance with 28 U.S.C. § 1746. I understand that my declaration will be filed in the above-referenced case, and that this is the legal equivalent of a statement under oath.

    1.    I am employed as an Attorney-Adviser within the United States Department of State. As such, I am familiar with the record-keeping practices relating to the filing and



adjudication of administrative claims presented under 28 U.S.C. § 2672 to the Department of State, which are based on the activities of employees of the Department of State.

2. All administrative tort claims under the Federal Tort Claims Act pertaining to the Department of State's activities are handled by the Office of the Legal Adviser, in the Office of International Claims and Investment Disputes (L/CID).

3. I have access to the electronic databases and paper files concerning administrative claims filed under the Federal Tort Claims Act, which are maintained by the Department of State in the ordinary course of business.

4. I have searched or asked others in my office to search all available tort claim records and found that there is no evidence that Plaintiff has filed an administrative claim with our office under the Federal Tort Claims Act.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on this 21st day of January, 2025.

*Kristina Beard*

Kristina Beard
Attorney-Adviser
U.S. Department of State
Office of the Legal Adviser
Office of International Claims
and Investment Disputes