UNITED STATES DISTRICT COURT

for the

Western District of North Carolina

**FILED**
Statesville, NC

JAN 27 2025

Clerk, US District Court
Western District of NC

|  |  |
|---|---|
| SALLAMONDRA ROBINSON et al. | ) |
| *Plaintiff(s)* | ) |
|  | ) |
| -v- | ) |
|  | ) |
| E'MANI GREEN and ALYSSE HYATT; et al. | ) |
| *Defendant(s)* | ) |

Civil Action No. 3:24-CV-01002

## DEFENDANT WENTER DONOVAN'S MOTION FOR EXTENSION OF TIME

COMES NOW the Defendant, Wenter Donovan, pursuant Rule 6(b) of the Federal Rules of Civil, and moves the Court for an extension of time until and including February 26, 2025, to respond to the Complaint of the Plaintiff. In support of this motion, Defendant Donovan shows unto the Court:

1. On January 5, 2025, a copy of the Complaint and Summons was served on Defendant Donovan.

2. Defendant Donovan requires additional time within which to review the claims contained in Plaintiff's Complaint and is in the process of attempting to obtain counsel to properly respond to the Complaint.

3. The time for Defendant Donovan to answer, plead, or otherwise respond to the Complaint has not yet expired.

4. This motion is not made to delay or impede the progress of litigation and is made in

good faith.

5. A proposed order is attached hereto and will be submitted to the Clerk for consideration.

WHEREFORE, Defendant Donovan respectfully requests that she be allowed an extension of time, until and including February 26, 2025, to respond to the Complaint of the Plaintiffs

Respectfully submitted this the 24$^h$ day of January, 2025.

Wenter Donovan