UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

SALLAMONDRA ROBINSON et al.
*Plaintiff(s)*

-v-

E'MANI GREEN and ALYSSE HYATT; et al.
*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)

**FILED**
Statesville, NC

JAN 27 2025

Clerk, US District Court
Western District of NC

Civil Action No. 3:24-CV-01002

## DEFENDANT ALYSSE HYATT'S MOTION FOR EXTENSION OF TIME

COMES NOW the Defendant, Alysse Hyatt, pursuant Rule 6(b) of the Federal Rules of Civil, and moves the Court for an extension of time until and including February 28, 2025, to respond to the Complaint of the Plaintiff. In support of this motion, Defendant Hyatt shows unto the Court:

1. On December 2, 2024, a copy of the Complaint and Summons was served on Defendant Hyatt.

2. Defendant Hyatt requires additional time within which to review the claims contained in Plaintiff's Complaint and is in the process of attempting to obtain counsel to properly respond to the Complaint.

3. The time for Defendant Hyatt to answer, plead, or otherwise respond to the Complaint has not yet expired.

4. This motion is not made to delay or impede the progress of litigation and is made in

good faith.

5. A proposed order is attached hereto and will be submitted to the Clerk for consideration.

WHEREFORE, Defendant Hyatt respectfully requests that she be allowed an extension of time, until and including February 26, 2025, to respond to the Complaint of the Plaintiffs

Respectfully submitted this the 27th day of January, 2025.

*Alysse Hyatt*