UNITED STATES DISTRICT COURT WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO.: 3:24-cv-01002

SALLAMONDRA ROBINSON,
INDIVIDUALLY AND AS
PERSONAL REPRESENTATIVE OF
THE ESTATE OF SHANQUELLA ROBINSON,
DECEASED.                                              )
                                                       )
             *Plaintiff*,
                                                       )
v.                                                     )
                                                       )
   E'MANI GREEN,                                       )
   ALYSSE HYATT,                                       )
   MALIK DYER,                                         )
   WENTER DONOVAN,                                     )
   KHALIL COOKE,                                       )
   NAZEER TYREE WIGGINS,                               )
   UNITED STATES DEPARTMENT OF                         )
   STATE, AND THE                                      )
   FEDERAL BUREAU OF INVESTIGATION,  )
                                                       )
             *Defendants*.
_____/

**PLAINTIFF'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANT'S UNITED STATES DEPARTMENT OF STATE AND THE FEDERAL BUREAU OF INVESTIGATION MOTION TO DISMISS**

Plaintiff, SALLAMONDRA ROBINSON, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF SHANQUELLA ROBINSON, DECEASED, by and through her undersigned counsel, hereby respectfully requests this Honorable Court for an Extension of Time to Respond to Defendant's United States Department of State and The Federal Bureau of Investigation Motion to Dismiss through *March 10, 2025* and states as follows:

1. On January 21, 2025, Defendant's counsel United States Department of State and The Federal Bureau of Investigation filed a Motion to Dismiss {D.E.26}.

2. Plaintiff's Counsel was in trial until February 7, 2025.

3. Plaintiff's counsel requests a 30-day extension to respond to Defendant's United States Department of State and The Federal Bureau of Investigation Motion to Dismiss.

4. The undersigned counsel seeks this extension in good faith and there will be no prejudice to the Defendants.

5. Plaintiff's counsel conferred with the Defendants counsel, Gill Beck, who did not object to the motion.

**WHEREFORE,** Plaintiff, SALLAMONDRA ROBINSON, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF SHANQUELLA ROBINSON, DECEASED, respectfully requests this Court grant a thirty (30) day extension of time to Motion to Dismiss, and all other relief this Court deems just and proper.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Undersigned Counsel certifies that the undersigned has conferred with Counsel for Defense, who did not oppose the relief sought herein.

## CERTIFICATE OF SERVICE

I **HEREBY CERTIFY** that on February 7, 2025, a true and correct copy of the foregoing was furnished via electronic mail to all of attorneys of records through the CM ECF portal.

Respectfully submitted,

**Sue-Ann Robinson, Esq.**
/s/ Sue-Ann Robinson
Attorney for Plaintiff
614 S. Federal Highway
Fort Lauderdale, FL 33301
Tel.: (754) 801-0897
Email: sueann@frontlinefirm.com
Fla. Bar No.: 29463