# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

SALLAMONDRA ROBINSON )
INDIVIDUALLY AND AS )
PERSONAL REPRESENTATIVE )
OF THE ESTATE OF )
SHANQUELLA ROBINSON, )
DECEASED )
                         )
           Plaintiff, )
                         )
v. )      CA No.: 3:24-cv-01002
                         )
DAEJHANAE JACKSON, )
ALYSSE HYATT, MALIK DYER )
WENTER DONOVAN, )
KHALIL COOKE, )
NAZEER TYREE WIGGINS, )
UNITED STATES DEPARTMENT OF STATE )
AND THE BUREAU OF INVESTIGATION, )
                         )
           Defendants. )

## DEFENDANTS ALYSSE HYATT AND WENTER DONOVANS' MOTION TO DISMISS FOR IMPROPER VENUE

NOW COME Defendants Alysse Hyatt and Wenter Donovan, through their Counsel, and move the Court to dismiss this action pursuant to Rule 12(b)(3) of the Federal Rules of Civil Procedure. In support of this Motion, Hyatt and Donovan file contemporaneously herewith a Memorandum in Support of this Motion to Dismiss for Improper Venue.

WHEREFORE, Alysse Hyatt and Wenter Donovan respectfully request that the matter be dismissed pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure.

1

This is the 21st day of February, 2025.

/s/ Drew Brown
NC Bar Number 28450
Attorney for Defendants Alysse Hyatt and
Wenter Donovan

**FOR THE FIRM:**

BROWN, FAUCHER, PERALDO & BENSON, P.L.L.C.
822 North Elm Street, Suite 200
Greensboro, N.C. 27401
(336) 478-6000 (telephone)
(336) 273-5597 (facsimile)
drew@greensborolawcenter.com

2