IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:24-CV-01002

| | |
|---|---|
| SALLAMONDRA ROBINSON, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF SHANQUELLA ROBINSON, DECEASED,<br><br>**Plaintiff,**<br><br>v.<br><br>E'MANI GREEN, ALYSSE HYATT, MALIK DYER, WENTER DONOVAN, KHALIL COOKE, NAZEER TYREE WIGGINS, UNITED STATES DEPARTMENT OF STATE, AND THE FEDERAL BUREAU OF INVESTIGATION,<br><br>**Defendants.** | <u>**NOTICE OF APPEARANCE**</u> |

NOW COMES undersigned counsel, Brian M. Williams, of the law firm Hedrick Gardner Kincheloe & Garofalo, LLP, and hereby provides notice to the Court, all parties, and counsel that he will appear as counsel in this action for Khalil Cooke. As such, all pleadings, notices, calendars, and other documents should be directed to the attention of the undersigned.

Furthermore, Mr. Williams and his firm have only recently been retained. Mr. Williams has contacted Plaintiffs' counsel and has requested an informal extension of time up to and including March 14, 2025 by which to file a responsive pleading on behalf of Mr. Cooke.

Respectfully submitted,

1

This the 7th day of March, 2025.

                              **HEDRICK GARDNER KINCHELOE & GAROFALO LLP**

By:   */s/Brian M. Williams*
        **BRIAN M. WILLIAMS**
        N.C. State Bar No. 28869
        4131 Parklake Ave., Suite 300
        Raleigh, North Carolina 27612
        Telephone: (919) 719-2827
        Fax: (919) 832-9425
        E-mail: bwilliams@hedrickgardner.com
        ***Attorney for Defendant Khalil Cooke***

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing *Notice of Appearance* was served upon all counsel of Record via CM/ECF system.

**THIS THE 7TH DAY OF MARCH, 2025.**

        */s/Brian M. Williams*
        **BRIAN M. WILLIAMS**