# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL ACTION NO. 3:24-CV-01002

| | |
|---|---|
| SALLAMONDRA ROBINSON, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF SHANQUELLA ROBINSON, DECEASED,<br><br>**Plaintiff,**<br><br>**v.**<br><br>E'MANI GREEN, ALYSSE HYATT, MALIK DYER, WENTER DONOVAN, KHALIL COOKE, NAZEER TYREE WIGGINS, UNITED STATES DEPARTMENT OF STATE, AND THE FEDERAL BUREAU OF INVESTIGATION,<br><br>**Defendants.** | **KHALIL COOKE'S MOTION TO DISMISS FOR IMPROPER VENUE** |

Defendant Khalil Cooke ("Cooke"), by and through his undersigned counsel, moves the Court to dismiss Plaintiffs' Amended Complaint pursuant to Rule 12(b)(3) of the Federal Rules of Civil Procedure. In support of this Motion, Mr. Cooke files contemporaneously herewith his Memorandum in Support of this Motion to Dismiss for Improper Venue.

WHEREFORE, Khalil Cooke respectfully requests that the matter be dismissed pursuant to Rule 12(b)(3) of the Federal Rules of Civil Procedure.

1

This the 14th day of March, 2025

**HEDRICK GARDNER KINCHELOE &**
**GAROFALO LLP**


By:    */s/Brian M. Williams*
        **BRIAN M. WILLIAMS**
        N.C. State Bar No. 28869
        4131 Parklake Ave., Suite 300
        Raleigh, North Carolina 27612
        Telephone: (919) 719-2827
        Fax: (919) 832-9425
        E-mail: bwilliams@hedrickgardner.com
        *Attorney for Defendant Khalil Cooke*

2