```
                    UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF NORTH CAROLINA
                  CHARLOTTE DIVISION CIVIL NO. 3:24-CV-01002
```

SALLAMONDRA ROBINSON,                )
INDIVIDUALLY AND AS PERSONAL         )
REPRESENTATIVE OF THE ESTATE OF      )
SHANQUELLA ROBINSON, DECEASED,       )
                                     )
         Plaintiff,                  )
                                     )
    v.                               )
                                     )
E'MANI GREEN, ALYSSE HYATT,          )
MALIK DYER, WENTER DONOVAN,          )
KHALIL COOKE, NAZEER TYREE WIGGINS,  )
UNITED STATES DEPARTMENT OF          )
STATE, AND THE FEDERAL BUREAU        )
OF INVESTIGATION,                    )
                                     )
         Defendants.                 )
      _____

                     **NOTICE OF APPEARANCE**
      _____

**NOTICE IS HEREBY GIVEN TO ALL PARTIES OF RECORD** that the undersigned herewith makes an appearance in this action on behalf of the defendant, Wenter Donovan, and hereby requests that all subsequent communications and/or pleadings should be directed to the undersigned.

This the 7th day of May, 2025.

                              */s/ Gary K. Sue*
                              Gary K. Sue, Attorney for Defendant
                              Wenter Donovan

OF COUNSEL:

Sue, Anderson & Bordman, L.L.P.
Post Office Box 20083
Greensboro, NC  27420
Telephone: (336) 275-0512
Email: gks@sa-nclaw.com
5058PF05.07.25

**CERTIFICATE OF SERVICE**

     I hereby certify that on this date, I electronically filed the foregoing Notice of Appearance using the CM/ECF system, and service on all counsel and/or parties of record will be automatically accomplished through the Notice of Electronic Filing and/or by First-Class Mail as follows:

Ms. Saleisha N. Averhart
Wallis Bowens Averhart & Associates, PLLC
5500 McNeely Drive, Suite 102
Raleigh, NC  27612
Attorney for Plaintiff

Mr. Andrew H. Brown
Brown Faucher Peraldo & Benson, PLLC
822 N. Elm Street, Suite 200
Greensboro, NC  27401
Attorney for Defendant Alysse Hyatt

Mr. Brian M. Williams
Hedrick Gardner Kincheloe & Garofalo, LLP
4131 Parklake Avenue, Suite 300
Raleigh, NC  27612
Attorney for Defendant Khalil Cooke

Mr. Gill P. Beck
Assistant United States Attorney
Room 233, U.S. Courthouse
100 Otis Street
Asheville, NC  28801-2611
Attorney for Defendant
   United States

E'MANI GREEN
3023 Sherrill Avenue
Jamestown, NC  27282
Defendant

MALIK DYER
63 Hamil Street
Lexington, NC  27292
Defendant

NAZEER TYREE WIGGINS
5521 Londonderry Road
Charlotte, NC  28210
Defendant

FEDERAL BUREAU OF INVESTIGATION
935 Pennsylvania Ave., NW
Washington, D.C.  20535-0001
Defendant

    This the 7th day of May, 2025.

                                */s/ Gary K. Sue*
                                Gary K. Sue, Attorney for Defendant
                                Wenter Donovan