IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:24-CV-01002-MOC-SCR

| | |
|---|---|
| SALLAMONDRA ROBINSON, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF SHANQUELLA ROBINSON, DECEASED,<br><br>Plaintiff,<br><br>v.<br><br>DAEJHANAE JACKSON, ALYSSE HYATT, MALIK DYER, WENTER DONOVAN, KHALIL COOKE, NAZEER TYREE WIGGINS, UNITED STATES DEPARTMENT OF STATE, AND THE FEDERAL BUREAU OF INVESTIGATION,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## FEDERAL DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY

COMES NOW the United States of America, on behalf of the Federal Bureau of Investigation ("FBI") and United States Department of State ("State Department"), hereinafter "Federal Defendants," by and through Russ Ferguson, United States Attorney for the Western District of North Carolina, pursuant to Local Civil Rule 7.1(j), and provides notice of supplemental authority. LCvR 7.1(j).

On January 1, 2025, the Federal Defendants filed their Motion to Dismiss (Doc. 26) and supporting Memorandum (Doc. 27), raising the Discretionary Function Exception (DFE) defense

that the Court lacked subject matter jurisdiction over Plaintiff's claim that the FBI negligently conducted its investigation into the death of Shanquella Robinson (Doc. 27, pages 7-11), to which Plaintiff responded (Doc. 38, pages 5 – 9), and to which on March 10, 2025, the Federal Defendants replied (Doc. 46, pages 3-4).

On March 19, 2025, the United States of Appeals for the Fourth Circuit issued a decision in *Barnett v. United States*, 132 F.4th 299, 305-11 (4th Cir. 2025) applying the Discretionary Function Exception, which Federal Defendants now add to the record before the Court's consideration.

This the 9th day of May, 2025.

Respectfully submitted,

RUSS FERGUSON
UNITED STATES ATTORNEY

**s/GILL P. BECK**
ASSISTANT UNITED STATES ATTORNEY
CHIEF, CIVIL DIVISION
N.C. Bar No. 13175
Room 233, U. S. Courthouse
100 Otis Street
Asheville, North Carolina 28801-2611
Phone:  828-259-0645
Fax:  828-271-4327
Email:  gill.beck@usdoj.gov