IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:24-CV-01002-MOC-SCR

| | |
|---|---|
| SALLAMONDRA ROBINSON, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF SHANQUELLA ROBINSON, DECEASED, <br><br> Plaintiff, <br><br> v. <br><br> DAEJHANAE JACKSON, ALYSSE HYATT, MALIK DYER, WENTER DONOVAN, KHALIL COOKE, NAZEER TYREE WIGGINS, UNITED STATES DEPARTMENT OF STATE, AND THE FEDERAL BUREAU OF INVESTIGATION, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## NOTICE OF FILING OF SUPPLEMENTAL DECLARATIONS

COMES NOW the United States of America, on behalf of the Federal Bureau of Investigation ("FBI") and United States Department of State ("State Department"), hereinafter "Federal Defendants," by and through Russ Ferguson, United States Attorney for the Western District of North Carolina, and hereby files the Second Declaration of William L. Harris, Federal Bureau of Investigation, dated May 6, 2025, which supplements his previous declaration filed as Doc. 27-1 and the Second Declaration of Kristina Beard, dated May 13, 2025, which supplements her previous declaration filed as Doc. 27-1. Neither Declaration changes the positions set forth by

the Federal Defendants in their Motion to Dismiss (Doc. 26) and supporting Memorandum (Doc. 27).

Respectfully submitted, this the 13th day of May, 2025.

RUSS FERGUSON
UNITED STATES ATTORNEY

**s/GILL P. BECK**
ASSISTANT UNITED STATES ATTORNEY
CHIEF, CIVIL DIVISION
N.C. Bar No. 13175
Room 233, U. S. Courthouse
100 Otis Street
Asheville, North Carolina 28801-2611
Phone: 828-259-0645
Fax: 828-271-4327
Email: gill.beck@usdoj.gov