IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:24-CV-01002

SALLAMONDRA ROBINSON, )
INDIVIDUALLY AND AS )
PERSONAL REPRESENTATIVE )
OF THE ESTATE OF )
SHANQUELLA ROBINSON, )
DECEASED, )
                                )
      Plaintiff, )
                                )
v. )
                                )
DAEJHANAE JACKSON, )
ALYSSE HYATT, MALIK DYER, )
WENTER DONOVAN, )
KHALIL COOKE, )
NAZEER TYREE WIGGINS, )
UNITED STATES DEPARTMENT )
OF STATE, AND THE )
FEDERAL BUREAU OF )
INVESTIGATION, )
                                )
      Defendants. )
_____ )

## SECOND DECLARATION OF WILLIAM L. HARRIS

I, William L. Harris, declare pursuant to 28 U.S.C. Section 1746:

       1.      I am the Unit Chief of the Discovery Unit (DU) II of the Federal Bureau of Investigation (FBI), Office of the General Counsel (OGC), at FBI Headquarters, Washington, D.C. I have served in this capacity since March 2023. I have been employed with the FBI since September 1991.

2. The statements contained in this Declaration are based upon my personal knowledge, review and consideration of documents available to me in my official capacity, and on information obtained from other FBI employees.

3. I previously submitted a Declaration in this matter attesting that a search of the FBI's Central Records System (CRS) as of December 16, 2024, for any claim submitted to the FBI on behalf of plaintiff Sallamondra Robinson resulted in location of a letter to the FBI entitled "October 25, 2024 Notice of Intent to Sue Federal Bureau of Investigation," together with the envelope in which it was received, date-stamped November 4, 2024 (attached to my prior Declaration as Exhibit A).

4. A subsequent search of the FBI's CRS as of May 5, 2025, for any claim submitted to the FBI on behalf of plaintiff Sallamondra Robinson resulted in location of two additional letters to the FBI: a letter to the FBI entitled "December 4, 2024 Notice of Intent to Sue Federal Bureau of Investigation," together with the envelope in which it was received in FBI Mail Services and date-stamped December 16, 2024; and a letter to the FBI entitled "December 13, 2024 Notice of Intent to Sue Federal Bureau of Investigation," together with the envelope in which it was received in FBI Mail Services and date-stamped December 27, 2024. True and Correct copies of those letters are attached hereto as Exhibits A and B, respectively.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 6 day of May, 2025.

*William L. Harris*
William L. Harris
Unit Chief
Discovery Unit II
Office of the General Counsel
Federal Bureau of Investigation

# Attachment A



December 4, 2024

Notice of Intent to Sue
Federal Bureau of Investigation

**THIS CORRESPONDENCE IS SENT PURSUANT TO 28 U.S.C. §§ 2671 *et. seq.*, 2401, 2675(a)

*Via Certified Mail Return Receipt:* 7016 2070 0001 0828 7191

Federal Bureau of Investigation
935 Pennsylvania Ave NW
Washington, D.C. 20535-0001

RE:  Negligence Claim on Behalf of Sallamondra Robinson
     Date of Loss: November 2022 - April 2023

To Whom It May Concern,

**COMES NOW**, the Claimant, Sallamondra Robinson, by and through her undersigned counsel and pursuant to the FTCA, 28 U.S.C. §§ 2671 et. seq., 2401, 2675(a), provides written notice that Sallamondra Robinson seeks to file a tort claims lawsuit for money damages against the Federal Bureau of Investigation and its agents for negligence. The FBI failed to promptly and thoroughly investigate the wrongful death of Shanquella Robinson. Additionally, the FBI failed to return Shanquella Robinson's personal property after it was no longer needed for evidentiary purposes. As a result of the FBI's breach of duty, Sallamondra Robinson suffered economic and emotional injuries. In light of the severe injuries suffered, Sallamondra Robinson will seek economic damages including but not limited to compensatory and consequential damages, in the amount of $10,000,000.00.

Claimant provides the following information:

**Claimant/Our Client:**     Sallamondra Robinson, personally, and as the

personal representative of the Estate of Shanquella Robinson.
**Claimant's Date of Birth:** October 21, 1961

Respectfully,

Sue-Ann Robinson, Esq.
*Counsel for Plaintiffs*
614 S. Federal Highway
Fort Lauderdale, FL 33301



c/o Sue-Ann Robinson, Esq.
Marker Building
614 S. Federal Highway
Ft. Lauderdale, FL 33301

OPENED & INSPECTED
DEC 1 6 2024
MAIL SERVICES #04

Federal Bureau of Investigation
935 Pennsylvania Ave NW
Washington, D.C. 20535-0001

7016 2070 0001 0828 7191

Retail
MIAMI
5 DEC PM



20535
RDC 99

U.S. POSTAGE PAID
FCM LETTER
FORT LAUDERDALE
FL 33311
DEC 05, 2024
$9.68
S2324H505401-69

10140

20535-0001

Attachment B



December 13, 2024

Notice of Intent to Sue
Federal Bureau of Investigation

**\*\*THIS CORRESPONDENCE IS SENT PURSUANT TO 28 U.S.C. §§ 2671 *et. seq.*, 2401, 2675(a)**

*Via Certified Mail Return Receipt*: 7016 2070 0001 0828 6750

December 13, 2024

Federal Bureau of Investigation
935 Pennsylvania Ave NW
Washington, D.C. 20535-0001

RE: Negligence Claim on Behalf of Sallamondra Robinson
      Date of Loss: November 2022 - April 2023

To Whom It May Concern,

**COMES NOW**, the Claimant, Sallamondra Robinson, by and through her undersigned counsel and pursuant to the FTCA, 28 U.S.C. §§ 2671 et. seq., 2401, 2675(a), provides written notice that Sallamondra Robinson seeks to file a tort claims lawsuit for money damages against the Federal Bureau of Investigation and its agents for negligence. The FBI failed to promptly and thoroughly investigate the wrongful death of Shanquella Robinson. Additionally, the FBI failed to return Shanquella Robinson's personal property after it was no longer needed for evidentiary purposes. As a result of the FBI's breach of duty, Sallamondra Robinson suffered economic and emotional injuries. In light of the severe injuries suffered, Sallamondra Robinson will seek economic damages including but not limited to compensatory and consequential damages, in the amount of $10,000,000.00.

Claimant provides the following information:

| | |
|---|---|
| **Claimant/Our Client:** | Sallamondra Robinson, personally, and as the personal representative of the Estate of Shanquella Robinson. |
| **Claimant's Date of Birth:** | October 21, 1961 |

Respectfully,

Sue-Ann Robinson, Esq.
*Counsel for Plaintiffs*
614 S. Federal Highway
Fort Lauderdale, FL 33301
Phone: (754) 801-0897
Email: sueann@frontlinefirm.com

Docusign Envelope ID: 715910FD-8473-452C-B6F0-E2C8170E2134

## CLIENT STATEMENT OF AUTHORIZATION

This statement is submitted to authorize my counsel, Sue-Ann Robinson, to submit the requisite notice to the Federal Bureau of Investigation on my behalf and on the behalf of the Estate of Shanquella Robinson. In support of this request, I state the following:

1. I, Sallamondra Robinson, am the personal representative of the Estate of Shanquella Robinson and the mother of Shanquella Robinson.

2. I currently reside in Charlotte, North Carolina.

3. I have retained the services of Sue-Ann Robinson of Frontline Law, located at 614 S. Federal Highway, Fort Lauderdale, Florida, to represent my legal interests and those of the Estate of Shanquella Robinson.

4. As my legal counsel, I hereby authorize Frontline Law to file the attached notices on my behalf.

This the 12/10/2024 day of December, 2024.

Signed by:
*Sallamondra R.*
Sallamondra Robinson
Personal Representative of the Estate of Shanquella Robinson



FRONTLINE LAW

c/o Sue-Ann Robinson, Esq.
Milker Building
614 S. Federal Highway
Ft. Lauderdale, FL 33301



Federal Bureau of Investigation
935 Pennsylvania Ave NW
Washington, D.C. 20535-0001



Rn 10140