# UNITED STATES DISTRICT COURT
## for the
## WESTERN DISTRICT OF NORTH CAROLINA
## CLERK OF COURT

FILED
CHARLOTTE, NC
MAY 27 2025
US DISTRICT COURT
WESTERN DISTRICT OF NC

SALLAMONDRA ROBINSON, THE ESTATE OF SHANQUELLA ROBINSON,

Plaintiff,

v.

E'mani Green,

Defendant.

Civil Action No. 3:24-cv-01002

**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

COMES NOW the Defendant, E'mani Green, appearing pro se, and respectfully moves this Honorable Court for an extension of time to respond to the Complaint in the above-captioned matter. In support of this Motion, Defendant states the following:

1. Defendant was served with the Complaint on May 7, 2025.
2. Defendant is currently in the process of seeking legal counsel to represent them in this matter.
3. Due to the need for additional time to consult and retain an attorney, Defendant respectfully requests an additional 21 days to file an answer or other responsive pleading.
4. This request is made in good faith and not for the purpose of delay. No party will be prejudiced by the granting of this motion.

WHEREFORE, Defendant respectfully requests that the Court grant an extension of 21 days from the original deadline to respond to the Complaint.

Respectfully submitted,

E'mani Green
3023 Sherrill Ave
Jamestown, NC 27282
Emanigreenn@gmail.com

Pro Se Defendant
Dated: May 27, 2025

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Extension of Time was served upon all parties of record by U.S. Mail on the 27th day of May, 2025.

E'mani Green