# PRIORITY MAIL EXPRESS®

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

PRESS FIRMLY TO SEAL

PME
HARTFORD, CT 06114
MAY 24, 2025
28202
$31.40
RDC 07
S2324H503995-77

**RECEIVED**
Charlotte, NC
MAY 27 2025
Clerk, US District Court
Western District NC

To schedule free Package Pickup, scan the QR code.
USPS.COM/PICKUP

PS10001000006
EP13F October 2023
OD: 12 1/2 x 9 1/2

## PRIORITY MAIL EXPRESS®

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)  PHONE (   )
Emani Green
3023 Sherrill Ave
Jamestown, NC 27282

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED
☐ No Saturday Delivery
☐ Sunday/Holiday Delivery Required
☐ 10:30 AM Delivery Required

TO: (PLEASE PRINT)  PHONE (   )
United States Courthouse
Charles R. Jonas Federal Building
401 West Trade Street Room 1200
Charlotte, NC 28202

ZIP+4: 28202 - ____

EJ 275 731 242 US

**ORIGIN (POSTAL SERVICE USE ONLY)**

| | | | |
|---|---|---|---|
| PO ZIP Code | Scheduled Delivery Date | | Postage |
| 06114 | 05·28·25 | | $ 31.40 |
| Date Accepted | Scheduled Delivery Time | Insurance Fee | COD Fee |
| 05·24·25 | | | |
| Time Accepted 11:46 PM | 10:30 AM Delivery Fee | Return Receipt Fee | Live Animal Transportation Fee |
| Special Handling/Fragile | Sunday/Holiday Premium Fee | Total Postage & Fees | |
| Weight ☑ Flat Rate | Acceptance Employee Initials RD | $ 31.40 | |

**DELIVERY (POSTAL SERVICE USE ONLY)**

LABEL 11-B, MARCH 2019  PSN 7690-02-000-9996

PEEL FROM THIS CORNER

Emani Green
3023 Sherrill Ave
Jamestown, NC 27282

United States Courthouse
Charles R. Jonas Federal
Building
401 West Trade Street, Room 1200
Charlotte, NC 28202