**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
ROOM 210, CHARLES R. JONAS BUILDING
401 WEST TRADE STREET
CHARLOTTE, NORTH CAROLINA 28202

OFFICIAL BUSINESS

FILED
CHARLOTTE, NC

MAY 28 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC



quadient
FIRST-CLASS MAIL
IMI
$000.69
05/02/2025 ZIP 28202
043M31249186
US POSTAGE

Nazeer Tyree Wiggins
5221 Londonderry Road
Charlotte, NC 28210

NIXIE          281      FE 1            0005/24/25
           RETURN TO SENDER
        NOT DELIVERABLE AS ADDRESSED
              UNABLE TO FORWARD

UTF    BC: 28202163399    *0833-02227-07-42

Case 3:24-cv-01002-MOC-SCR   Document 52   Filed 05/28/25   Page 1 of 1