# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina
### Charlotte Division

FILED
CHARLOTTE, NC

JUN 1 8 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC

SALLAMONDRA ROBINSON
THE ESTATE OF SHANQUELLA ROBINSON

Case No. 3:24-CW-0100 2-MOC-SCR
*(to be filled in by the Clerk's Office)*

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Jury Trial: *(check one)* ☐ Yes ☑ No

-v-

E'MANI GREEN
(ALYSSE HYATT, WENTER DONOVAN, NAZEER WIGGINS, KHALIL COOKE, MALIK DYER)

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

## THE DEFENDANT'S ANSWER TO THE COMPLAINT

I. **The Parties Filing This Answer to the Complaint**

Provide the information below for each defendant filing this answer or other response to the allegations in the plaintiff's complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | PRO SE E'MANI GREEN |
| Street Address | 221 GRANDVIEW TERR |
| City and County | HARTFORD |
| State and Zip Code | CT, 06114 |
| Telephone Number | 860-214-3395 |
| E-mail Address | EMANIGREENN@GMAIL.COM |

II. **The Answer and Defenses to the Complaint**

A. **Answering the Claims for Relief**

On a separate page or pages, write a short and plain statement of the answer to the allegations in the complaint. Number the paragraphs. The answer should correspond to each paragraph in the complaint, with paragraph 1 of the answer corresponding to paragraph 1 of the complaint, etc. For each paragraph in the complaint, state whether: the defendant admits the allegations in that paragraph; denies the allegations; lacks sufficient knowledge to admit or deny the allegations; or admits certain allegations but denies, or lacks sufficient knowledge to admit or deny, the rest.

**B. Presenting Defenses to the Claims for Relief**

Write a short and plain statement identifying the defenses to the claims, using one or more of the following alternatives that apply.

1. The court does not have subject-matter jurisdiction over the claims because *(briefly explain why there is no federal-question jurisdiction or diversity-of-citizenship jurisdiction; see the complaint form for more information)*

   _____

2. The court does not have personal jurisdiction over the defendant because *(briefly explain)*

   _____

3. The venue where the court is located is improper for this case because *(briefly explain)*

   _____

4. The defendant was served but the process–the form of the summons–was insufficient because *(briefly explain)*

   _____

5. The manner of serving the defendant with the summons and complaint was insufficient because *(briefly explain)*

   "Defendant asserts that the manner of service of the summons and complaint was insufficient and did not comply with the requirements. The service was effectuated on May 7, 2025, and served to a party who is not the defendant at an address that the defendant does not reside."

6. The complaint fails to state a claim upon which relief can be granted because *(briefly explain why the facts alleged, even if true, are not enough to show the plaintiff's right to recover)*

   _____

7. Another party *(name)* _____ needs to be joined (added) in the case. The reason is *(briefly explain why joining another party is required)*

   _____

a. If the basis for subject–matter jurisdiction is diversity of citizenship, state the effect of adding the other party:

The other party is a citizen of the State of *(name)* _____.

Or is a citizen of *(foreign nation)* _____. The amount of damages sought from this other party is *(specify the amount)* _____.

b. If the claim by this other party is based on an alleged violation of a federal constitutional or statutory right, state the basis:

_____

## C. Asserting Affirmative Defenses to the Claims for Relief

Identify an affirmative defense or avoidance that provides a basis for the defendant to avoid liability for one or more of the plaintiff's claims even if the basis for the claim is met. Any affirmative defense or avoidance must be identified in the answer. Include any of the following that apply, as well as any others that may apply.

The plaintiff's claim for *(specify the claim)*
COUNT I: WRONGFUL DEATH (E'MANI GREEN) COUNT II: SIMPLE BATTERY (E'MANI GREEN) COUNT III: NEGLIGENCE COUNT IV: CIVIL CONSPIRACY COUNT V: INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS COUNT VI: NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS

is barred by *(identify one or more of the following that apply)*:

1. Accord and satisfaction *(briefly explain)*

_____

2. Arbitration and award *(briefly explain)*

_____

3. Assumption of risk *(briefly explain)*

_____

4. Contributory or comparative negligence of the plaintiff *(briefly explain)*
....

_____

5. Duress *(briefly explain)*

6.  Estoppel *(briefly explain)*

    _____

7.  Failure of consideration *(briefly explain)*

    _____

8.  Fraud *(briefly explain)*

    _____

9.  Illegality *(briefly explain)*
    ...

    _____

10. Injury by fellow employee *(briefly explain)*

    _____

11. Laches (Delay) *(briefly explain)*

    _____

12. License *(briefly explain)*

    _____

13. Payment *(briefly explain)*

    _____

14. Release *(briefly explain)*

    _____

15. Res judicata *(briefly explain)*

    _____

16. Statute of frauds *(briefly explain)*

    _____

17. Statute of limitations *(briefly explain)*
    "Count I: Wrongful Death Defendant alleges that Plaintiff's claims are barred, by the applicable statute of limitations, as Plaintiff failed to timely file suit within the period prescribed by law."

    _____

18. Waiver *(briefly explain)*

    _____

19. Other *(briefly explain)*

    _____

D. **Asserting Claims Against the Plaintiff (Counterclaim) or Against Another Defendant (Cross–Claim)**

   For either a counterclaim against the plaintiff or a cross–claim against another defendant, state briefly the facts showing why the defendant asserting the counterclaim or cross–claim is entitled to the damages or other relief sought. Do not make legal arguments. State how each opposing party was involved and what each did that caused the defendant harm or violated the defendant's rights, including the dates and places of that involvement or conduct. If more than one counterclaim or cross–claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

   1. The defendant has the following claim against the plaintiff *(specify the claim and explain it; include a further statement of jurisdiction, if needed)*:

      _____

   2. The defendant has the following claim against one or more of the other defendants *(specify the claim and explain it; include a further statement of jurisdiction, if needed)*:

      _____

   3. State briefly and precisely what damages or other relief the party asserting a counterclaim or cross–claim asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons that are alleged to entitle the party to actual or punitive money damages.

a. The defendant asserting the counterclaim or cross–claim against *(specify who the claim is against)* _____ alleges that the following injury or damages resulted *(specify)*:

_____

b. The defendant seeks the following damages or other relief *(specify)*:

_____

## III. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this answer: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the answer otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: June 18, 2025

Signature of Defendant: *[signature]*
Printed Name of Defendant: E'MANI GREEN

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____

Telephone Number  _____

E-mail Address  _____

# UNITED STATES DISTRICT COURT

## for the

# WESTERN DISTRICT OF NORTH CAROLINA

## CLERK OF COURT

SALLAMONDRA ROBINSON, THE ESTATE OF SHANQUELLA ROBINSON,

Plaintiff,

v.

E'MANI GREEN,

Defendant.

Civil Action No. 3:24-cv-01002-MOC-SCR

**PRO SE DEFENDANT'S ANSWER TO THE COMPLAINT**

COMES NOW the Defendant, E'mani Green, appearing **pro se**, and hereby submits this Answer the Complaint filed by Plaintiff as follows:

A. **COUNT I: WRONGFUL DEATH (E'MANI GREEN):** Defendant denies the allegations in Paragraph A of the Complaint.

B. **COUNT II: SIMPLE BATTERY (E'MANI GREEN):** Defendant denies the allegations in Paragraph B of the Complaint.

C. **COUNT III: NEGLIGENCE (CABO SIX DEFENDANTS):** Defendant denies the allegations in Paragraph C of the Complaint.

D. **COUNT IV: CIVIL CONSPIRACY (CABO SIX DEFENDANTS):** Defendant denies the allegations in Paragraph D of the Complaint.

E. **COUNT V: INTENTIONAL INFLICTION of EMOTIONAL DISTRESS (CABO SIX DEFENDANTS):** Defendant denies the allegations in Paragraph E of the Complaint.

F. **COUNT VI: NEGLIGENT INFLICTION of EMOTIONAL DISTRESS (CABO SIX DEFENDANTS):** Defendant denies the allegations in Paragraph F of the Complaint.

**PRAYER FOR RELIEF**

WHEREFORE, Defendant respectfully requests that the Western District Court of North Carolina enter judgement in favor of Defendant and grant the following:

1. Dismiss the Complaint with prejudice.

Respectfully submitted on June 18th, 2025.

E'mani Green, Pro Se

221 Grandview Terrace

Hartford, CT 06114

Emanigreenn@gmail.com

Pro Se Defendant

Page 2
Case 3:24-cv-01002-MOC-SCR    Document 55    Filed 06/18/25    Page 9 of 10

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Defendants Answer to the Complaint was served upon all parties of record by Clerk of Court on the 18th day of June, 2025.

*E. [signature]*
E'mani Green