UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

FILED
CHARLOTTE, NC
JUN 20 2025
US DISTRICT COURT
WESTERN DISTRICT OF NC

SALLAMONDRA ROBINSON, )
INDIVIDUALLY AND AS PERSONAL )
REPRESENTATIVE OF THE ESTATE )
OF SHANQUELLA ROBINSON, DECEASED )
   *Plaintiff(s)* )
    )
        v. ) Civil Action No. 3:24-CV-01002-MOC-SCR
    )
E'MANI GREEN, ALYSSE HYATT, MALIK DYER, )
WENTER DONOVAN, KHALIL COOKE, )
NAZEER TYREE WIGGINS, UNITED )
STATES DEPARTMENT OF STATE, AND THE )
FEDERAL BUREAU OF INVESTIGATION, )
   *Defendant(s)* )

## NOTICE OF PRO SE APPEARANCE

I, MALIK DYER, Defendant, hereby enters my appearance pro se in this action while actively seeking legal representation in the above-mentioned Complaint.

I agree to provide the Clerk's Office, and all parties named in this Complaint, with any changes to my address where case–related papers may be served.

Date: 06/17/25

Signature: [signed]
Malik Dyer, Defendant, pro se

Mailing Address:
   81 Burlington Street
   Hartford, CT 06112

Email: Mailckdyer@gmail.com