**PRIORITY MAIL EXPRESS**

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

Retail
U.S. POSTAGE
WETHERSFIELD, CT 06109
JUN 17, 2025
28202
$31.40
RDC 07
S2324D501843-06

**USPS PRIORITY MAIL EXPRESS**

ER 215 400 495 US

RECEIVED
Charlotte, NC
JUN 2 0 2025
Clerk, US District Court
Western District NC

CUSTOMER USE ONLY
FROM: (PLEASE PRINT)
Malik Dyer
81 Burlington ST 06112
Hartford CT 06112

TO: (PLEASE PRINT)
United States Courthouse
Charles R Jonas Federal Building
401 W Trade ST Charlotte NC
Room 1200
ZIP+4: 28202

PAYMENT BY ACCOUNT (if applicable)

ORIGIN (POSTAL SERVICE USE ONLY)
☑ 1-Day ☐ 2-Day ☐ Military ☐ DPO
PO ZIP Code: 06109
Scheduled Delivery Date: 6/18/25
Postage: $31.40
Date Accepted: 6/17/25
Time Accepted: 12:30 PM
Total Postage & Fees: 31.40
Acceptance Employee Initials: SCC

$100.00 insurance included.

PS10001000006
EP13F October 2023
OD: 12 1/2 x 9 1/2

UNITED STATES POSTAL SERVICE