AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

| | | |
|---|---|---|
| Sallamondra Robinson | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:24-cv-01002-MOC-SCR |
| E'mani Green, et al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

E'mani Green.

Date: 07/01/2025

s/Elliot A. Fus
*Attorney's signature*

Elliot A. Fus/NC State Bar No.24240
*Printed name and bar number*

PO Drawer 25008
Winston-Salem, NC 27114-5008
*Address*

eaf@blancolaw.com
*E-mail address*

(336) 293-9000
*Telephone number*

(336) 293-9030
*FAX number*

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was mailed/ delivered to the following individuals at the addresses listed:

Malik Dyer - 81 Burlington Street, Hartford, CT 06112

Nazeer Tyree Wiggins - 5221 Londonderry Road, Charlotte, NC 28210

This the **1st** day of **July**, 20**25**.

s/Elliot A. Fus
Signature

Elliot A. Fus
(Print Name)