IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:24-CV-1002-MOC-SCR

| | |
|---|---|
| SALLAMONDRA ROBINSON, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF SHANQUELLA ROBINSON, DECEASED<br><br>Plaintiff,<br><br>v.<br><br>E'MANI GREEN, ALYSSE HYATT, MALIK DYER, WENTER DONOVAN, KHALIL COOKE, and NAZEER TYREE WIGGINS,<br><br>Defendants. | **NOTICE OF APPEARANCE AS COUNSEL** |

PLEASE TAKE NOTICE that JT Mlinarcik, Esq. of the law firm Hall Booth Smith, P.C. will appear as additional counsel for Defendant E'mani Green, in the above-referenced matter. The undersigned respectfully requests service of all further pleadings, orders, and notices affecting this action:

JT Mlinarcik
Hall Booth Smith P.C.
5420 Wade Park Boulevard, Suite 130
Raleigh, NC  27607
T: 984.247.8880; F: 984.220.8110
JTMlinarcik@hallboothsmith.com

This the 12th day of August, 2025.

                                          **HALL BOOTH SMITH, P.C.**

| | |
|---|---|
| 5420 Wade Park Boulevard<br>Suite 130<br>Raleigh, NC  27607<br>Phone:   (984) 247-8880<br>bmanikowski@hallboothsmith.com<br>jtmlinarcik@hallboothsmith.com | /s/ JTMlinarcik<br>BRIAN MANIKOWSKI<br>NC Bar No.: 57649<br>JT MLINARCIK<br>NC Bar No.: 35455<br>*Attorneys for E'mani Green* |

1

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **NOTICE OF APPEARANCE AS COUNSEL** was filed electronically with the Clerk of Court using the CM/ECF system and was served electronically upon the parties below:

Gabrielle Higgins
Frontline Law FL
614 S. Federal Hwy
Fort Lauderdale, FL 33301
gabrielle@frontlinefirm.com
*Attorney for Plaintiff*

Saleisha N. Aveerhart
Wallis, Bowens, Averhart & Associates, PLLC
5500 McNeely Drive, Suite 101 & 102
Raleigh, NC 27612
saleisha@wbaalaw.com
*Attorneys for Plaintiff*

Sue-Ann Robinson
Robinson Caddy Law
PO Box 1218
Fort Lauderdale, FL 33312
sueann@bencrump.com
*Attorney for Plaintiff*

Andrew Harris Brown
Brown, Faucher, Peraldo & Benson, PLLC
822 N Elm Street, Suite 200
Greensboro, NC 27401
dbrown@bbflaw.com
*Attorney for Alysse Hyatt*

Brian M. Williams
Hedrick Gardner Kincheloe & Garofalo, LO
4131 Parklake Ave., Suite 300
Raleigh, NC 27612
bwilliams@hedrickgardner.com
*Attorney for Khalil Cooke*

Gary K. Sue
Burton Sue & Anderson, LLP
PO Box 20083
Greensboro, NC 27420
*Attorney for Wenter Donovan*

Malik Dyer
81 Burlington Street
Hartford, CT 06112
*Pro Se*

Nazeer Tyree Wiggins
5221 Londonderry Road
Charlotte, NC 28210
Pro Se

This the 12th day of August, 2025.

**HALL BOOTH SMITH, P.C.**

/s/ JTMlinarcik
BRIAN MANIKOWSKI
NC Bar No.: 57649
JT MLINARCIK
NC Bar No.: 35455
***Attorneys for E'mani Green***

5420 Wade Park Boulevard
Suite 130
Raleigh, NC 27607
Phone: (984) 247-8880
bmanikowski@hallboothsmith.com
jtmlinarcik@hallboothsmith.com