IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:24-CV-1002-MOC-SCR

| | |
|---|---|
| SALLAMONDRA ROBINSON, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF SHANQUELLA ROBINSON, DECEASED<br><br>Plaintiff,<br><br>v.<br><br>E'MANI GREEN, ALYSSE HYATT, MALIK DYER, WENTER DONOVAN, KHALIL COOKE, and NAZEER TYREE WIGGINS<br><br>Defendants. | **E'MANI GREEN'S MOTION TO DISMISS FOR INSUFFICIENT SERVICE OF PROCESS AND FORUM NON CONVENIENS** |

Defendant E'mani Green, by and through her undersigned counsel, moves the Court to dismiss Plaintiffs' Amended Complaint pursuant to Rules 12(b)(1), 12(b)(5), and 41(b) of the Federal Rules of Civil Procedure. In support of this Motion, Defendant Green files contemporaneously herewith her Brief in Support of this Motion to Dismiss for Insufficient Service of Process and *forum non conveniens*.

WHEREFORE, E'mani Green respectfully requests that the matter be dismissed pursuant to Rules 12(b)(1), 12(b)(5), and 41(b) of the Federal Rules of Civil Procedure.

This the 18th day of August, 2025.

                                        **HALL BOOTH SMITH, P.C.**

                                        /s/ JT Mlinarcik_____
                                        BRIAN MANIKOWSKI
                                        NC Bar No.: 57649
                                        JT MLINARCIK
                                        NC Bar No.: 35455
                                        ***Attorneys for E'mani Green***

5420 Wade Park Boulevard
Suite 130
Raleigh, NC  27607
Phone:   (984) 247-8880
bmanikowski@hallboothsmith.com
jtmlinarcik@hallboothsmith.com

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing **E'MANI GREEN'S MOTION TO DISMISS FOR INSUFFICIENT SERVICE OF PROCESS AND FORUM NON CONVENIENS** was filed electronically with the Clerk of Court using the CM/ECF system and was served electronically upon the parties below:

| | |
|---|---|
| Gabrielle Higgins<br>Frontline Law FL<br>614 S. Federal Hwy<br>Fort Lauderdale, FL  33301<br>gabrielle@frontlinefirm.com<br>*Attorney for Plaintiff* | Saleisha N. Aveerhart<br>Wallis, Bowens, Averhart & Associates, PLLC<br>5500 McNeely Drive, Suite 101 & 102<br>Raleigh, NC  27612<br>saleisha@wbaalaw.com<br>*Attorneys for Plaintiff* |
| Sue-Ann Robinson<br>Robinson Caddy Law<br>PO Box 1218<br>Fort Lauderdale, FL  33312<br>sueann@bencrump.com<br>*Attorney for Plaintiff* | Andrew Harris Brown<br>Brown, Faucher, Peraldo & Benson, PLLC<br>822 N Elm Street, Suite 200<br>Greensboro, NC  27401<br>dbrown@bbflaw.com<br>*Attorney for Alysse Hyatt* |
| Brian M. Williams<br>Hedrick Gardner Kincheloe & Garofalo, LO<br>4131 Parklake Ave., Suite 300<br>Raleigh, NC  27612<br>bwilliams@hedrickgardner.com<br>*Attorney for Khalil Cooke* | Gary K. Sue<br>Burton Sue & Anderson, LLP<br>PO Box 20083<br>Greensboro, NC  27420<br>*Attorney for Wenter Donovan* |
| Malik Dyer<br>81 Burlington Street<br>Hartford, CT  06112<br>*Pro Se* | Nazeer Tyree Wiggins<br>5221 Londonderry Road<br>Charlotte, NC  28210<br>Pro Se |

This the 18th day of August, 2025.

**HALL BOOTH SMITH, P.C.**

| | |
|---|---|
| 5420 Wade Park Boulevard<br>Suite 130<br>Raleigh, NC  27607<br>Phone:   (984) 247-8880<br>bmanikowski@hallboothsmith.com<br>jtmlinarcik@hallboothsmith.com | /s/ JT Mlinarcik_____<br>BRIAN MANIKOWSKI<br>NC Bar No.: 57649<br>JT MLINARCIK<br>NC Bar No.: 35455<br>***Attorneys for E'mani Green*** |