# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:24-CV-1002-MOC-SCR

| | |
|---|---|
| SALLAMONDRA ROBINSON, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF SHANQUELLA ROBINSON, DECEASED<br><br>Plaintiff,<br><br>v.<br><br>E'MANI GREEN, ALYSSE HYATT, MALIK DYER, WENTER DONOVAN, KHALIL COOKE, and NAZEER TYREE WIGGINS,<br><br>Defendants. | **DECLARATION OF E'MANI GREEN** |

I, E'mani Green f/k/a Daejhanae Jackson, being of legal age and duly sworn under penalty of perjury pursuant to 28 U.S.C. § 1746, attest and state as follows:

1. I am over the age of eighteen years old, suffer no legal disabilities, have personal knowledge of the facts set forth below, and I am competent to testify. I am a current citizen and resident of Hartford County Connecticut.

2. I have not resided at 3023 Sherill Avenue, Jamestown North Carolina since April 2021 when I moved to 6035 Neal Trail Circle, Walkertown, North Carolina. Please see first page of the lease, attached and incorporate herein as Exhibit A, showing the original lease term from April 2021 to May 2022, which has been redacted to protect my privacy.

3. I relocated to 221 Grandview Terrace, Hartford Connecticut in December 2022 when I moved from North Carolina to live with my grandmother in Connecticut. Please see North Carolina Resident's Notice of Intent to Move Out and text message with property

management company, attached and incorporate herein as Exhibit B, showing lease termination in November 2022 and move out in December 2022.

4. I have worked various jobs since reestablishing residency in Connecticut in December of 2022. Please see attached offer letter from my most recent employer dated February 6, 2024, attached and incorporate herein as Exhibit C, showing the 221 Grandview Terrace, Hartford Connecticut address, which has been redacted to protect my privacy.

5. I also changed my address and residency on my bank accounts to Connecticut. Please see statements from April and May of 2024, attached and incorporate herein as Exhibit D, showing the 221 Grandview Terrace, Hartford Connecticut address, which has been redacted to protect my privacy.

6. Mrs. Tammy Gordon is over the age of 18, however, Mrs. Gordon did not have the authority to accept service on my behalf, at 3023 Sherill Avenue, Jamestown North Carolina, as this address was not my residence, dwelling, or usual place of abode and has not been since April 2021.

7. On May 7, 2025, I received a text message from Mrs. Gordon regarding some documents she was handed when she went outside. Upon information and belief, Mrs. Gordon informed that person that 3023 Sherill Avenue, Jamestown was not my residence.

8. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 18th day of ____August____, 2025.

_____
E'mani Green

# EXHIBIT A

# APARTMENT LEASE CONTRACT

Date of Lease Contract: **April 29, 2021**
(when the Lease Contract is filled out)

*This is a binding document. Read carefully before signing.*

## Moving In — General Information

**1. PARTIES.** This Lease Contract (sometimes referred to as the "lease") is between *you* the resident(s) *(list all people signing the Lease Contract)*:

**Daejhanae Jackson**

and *us*, the owner: **Keystone at Walkertown Landing, LLC**

*(name of apartment community or title holder).* You've agreed to rent Apartment No. **305**, at **6035 Neal Trail Circle** *(street address)* in **Walkertown** *(city)*, North Carolina, **27051** *(zip code)* (the "apartment" or the "premises") for use as a private residence only. The terms "you" and "your" refer to all residents listed above. The terms "we," "us," and "our" refer to the owner listed above (or any of owner's successors' in interest or assigns). Written or electronic notice to or from our managers constitutes notice to or from us. If anyone else has guaranteed performance of this Lease Contract, a separate Lease Contract Guaranty for each guarantor is attached.

**2. OCCUPANTS.** The apartment will be occupied only by you and *(list all other occupants not signing the Lease Contract)*:

As permitted by law, you understand and agree that we may provide access to any occupant listed under paragraph 2 (Occupants) in the absence of any written document that withdraws such authorization.

No one else may occupy the apartment without our express written permission.

**3. LEASE TERM.** The initial term of the Lease Contract begins on the **29th** day of **April**, **2021**, and ends at 11:59 P.M. the **31st** day of **May**, **2022**. This Lease Contract will automatically renew month-to-month unless either party gives at least **30** days written notice of termination or intent to move-out as required by paragraph 43 (Move-Out Notice). In the event this Lease Contract has renewed on a month-to-month basis, it shall continuously renew each month thereafter until either party provides the other with a written notice of termination at least 30 days before the end of any such renewal term in accordance with the requirements set forth in paragraph 43 (Move-Out Notice).

**4. SECURITY DEPOSIT.** Unless modified by addenda, the total security deposit at the time of execution of this Lease Contract for all residents in the apartment is $ **1155.00**, due on or before the date this Lease Contract is signed, to be administered in accordance with the North Carolina Tenant Security Deposit Act, N.C.G.S. § 42-50 et seq.

In holding your security deposit, we will *[check one]*:
☒ Deposit the security deposit in a trust account with (name of bank or savings institution) **BB&T** located at (address) **3318 W. Friendly Ave. Greensboro, NC 27410**

or

☐ Furnish a bond from (name of bonding company) _____ located at (address) _____.

**The security deposit may, in our discretion, be deposited in an interest-bearing account with the bank or savings institution named above.** We may retain any interest earned upon the security deposit and may withdraw such interest, if any, from such account as it accrues as often as is permitted by the terms of the account.

Your security deposit will be held and, upon termination of your tenancy, be applied in the manner and for the purposes set forth in paragraphs 47 (Security Deposit Deductions and Other Charges) and 48 (Deposit Return, Surrender, and Abandonment) of this Lease Contract.

**5. KEYS.** You will be provided **1** apartment key(s), **1** mailbox key(s), **1** FOB(s), and/or _____ other access device(s) for access to the building and amenities at no additional cost at move-in. If the key, FOB, or other access device is lost or becomes damaged during your tenancy or is not returned or is returned damaged when you move out, you will be responsible for the costs for the replacement and/or repair of the same.

**6. RENT AND CHARGES.** Unless modified by addenda, you will pay $ **1155.00** per month for rent, payable in advance and without demand:

☒ at the on-site manager's office, or
☒ at our online payment site, or
☒ at **5400 Walkertown Landing Circle Walkertown NC 27051**

Prorated rent of $ **77.00** is due for the remainder of *[check one]*: ☒ 1st month or ☐ 2nd month, on **April 29**, **2021**.

*Otherwise, you must pay your rent on or before the 1st day of each month (due date) with no grace period. Cash is unacceptable without our prior written permission. You must not withhold or offset rent unless expressly authorized by statute.* We may, at our option, require at any time that you pay all rent and other sums in cash, certified or cashier's check, money order, or one monthly check rather than multiple checks. At our discretion, we may convert any and all checks via the Automated Clearing House (ACH) system for the purposes of collecting payment. Rent is not considered accepted, if the payment/ACH is rejected, does not clear, or is stopped for any reason. If you don't pay all rent on or before the **5th** day of the month (late fee cannot be charged before the 6th day of the month), you'll pay a late charge of 5% of the rental payment or $15.00, whichever is greater—or, where your rent is subsidized in any way, the late fee shall not exceed $15.00 or an amount equal to 5% of your share of the rental payment. The late fee shall be considered additional rent and you will owe such late fee without us having to demand it from you. You'll also pay a charge of $ **25.00** or the maximum amount allowed by law as of the date the check is tendered to us (whichever is greater) for each returned check or rejected electronic payment. If you don't pay rent on time, you'll be delinquent and all remedies under this Lease Contract will be authorized. We'll also have all other remedies for such violation.

**7. UTILITIES.** We'll pay for the following items, if checked and if permitted by law:
☐ water ☐ gas ☐ electricity ☐ master antenna
☐ wastewater ☐ trash ☐ cable TV
☒ other **Spectrum Community Solutions WiFi**

You'll pay for all other utilities, related deposits, and any charges, fees, or services on such utilities. You are responsible for having all utilities for which You are paying the provider directly, set up in Your name prior to taking possession of the Premises. You must not

© 2021, National Apartment Association, Inc. - 1/2021, North Carolina                                Page 1 of 9
☑ Blue Moon eSignature Services Document ID: 262821627

# EXHIBIT B

# RESIDENT'S NOTICE OF INTENT TO MOVE OUT
*To be delivered to owner's representative*



**DWELLING UNIT DESCRIPTION.** Unit. No. __305__, __6035 Neal Trail Circle__ *(street address)* in __Walkertown__ *(city)*, North Carolina, __27051__ *(zip code)*.

**LEASE CONTRACT DESCRIPTION.** Lease Contract date: __November 1, 2022__ Owner's name: __Keystone at Walkertown Landing, LLC__

Residents *(list all residents)*: __Daejhanae Jackson__

Date you will move out and surrender premises: _____

1. **CHANGES IN MOVE-OUT DATE.** Under the Lease Contract, you must obtain our prior written approval to change or retract the move-out date. You may not hold over beyond the above move-out date. If the dwelling is relet to others after we receive this notice, you won't be granted any extensions. We and any new residents may rely on this move-out notice for all purposes.

2. **DATE OF SURRENDER.** Under the Lease Contract, you surrender the dwelling unit for all purposes (including security deposit refund, cleaning, and all repairs) when you do any of the following:
   - turn in all keys/access devices where you pay the rent;
   - the move-out date has passed and no one is living in the dwelling;
   - abandon the dwelling (as defined in the Lease Contract).

   All residents and occupants lose their right of possession on the move-out date. Any resident who wishes to remain lawfully in the dwelling unit must sign a new Lease Contract.

3. **EARLY MOVE-OUT AND OTHER LEASE CONTRACT VIOLATIONS.** Under the Lease Contract, our representative's receipt of this notice does not constitute approval of an early move-out and does not constitute a release of any resident's liability for money due under the Lease Contract. We reserve all contractual and statutory remedies for unauthorized early move-out, including late payment charges, returned-check charges, damages, attorney's fees, and liability for increased holdover rents and Lease Contract extensions.

4. **HOLDOVER.** If you stay beyond the move-out date, you will be subject to increased rent for the holdover period and liable for all damages as outlined in the Lease Contract.

5. **CLEANING.** Under the Lease Contract, you must leave the dwelling unit in a clean condition. Please follow any written move-out cleaning instructions that we've furnished.

6. **FORWARDING ADDRESSES.** Please circle the forwarding address below where we should mail the security deposit refund and/or accounting. If no address is circled, it will be mailed to the first address listed.

7. **RETAINING RECEIPT.** After our representative signs and acknowledges receiving this notice, you should keep the bottom portion of this notice as verification that you gave written move-out notice.

8. **PROPER NOTICE.** When you use this form, notice from one resident is notice from all, except when a co-resident (other than the terminating resident's spouse or dependent) terminates because of the Servicemembers Civil Relief Act (SCRA). Your advance notice must be at least the number of days notice required in the Lease Contract, even if your contract has become a month-to-month lease.

9. **MOVE-OUT INSPECTION.** You should meet with our representative for a move-out inspection. Our representative has no authority to bind or limit us regarding deductions for repairs, damages, or charges. Any statements or estimates by us or our representative are subject to our correction, modification or disapproval before final refunding or accounting.

10. **REASONS FOR MOVING.** *(Optional)*

11. **SPECIAL PROVISIONS.** The following special provisions control over conflicting provisions of this printed form:

**Your Signature or Signatures**

**Your Forwarding Address**
*(You must provide this information.)*

You may be contacted now at:
Home phone: (____) _____
Work phone: (____) _____
Date when you delivered this notice: _____

**FOR OFFICE USE ONLY**
Owner's representative who received notice: _____
Date notice was received: _____
Move-out date was ☐ approved or ☐ disapproved

© 2018, National Apartment Association, Inc. - 9/2018, North Carolina



# EXHIBIT C

February 6, 2024

E'mani Green
221 Grandview Terr
Hartford, Connecticut 06114

Dear E'mani:

Congratulations and thank you for considering ▮▮▮▮▮ as your future employer! I am pleased to confirm ▮▮▮▮▮ offer of employment to you for the position of Hybrid ▮▮▮▮▮ Coordinator, Call Center in the ▮▮▮▮▮.

Included in this letter are all aspects of our employment offer to you. We look forward to you starting on March 11, 2024 to help us deliver on our mission. This is a target and will be confirmed upon successful completion of your pre-employment screening. Your Recruiter and/or Service Advisor will be in close contact with you regarding your start date as it approaches.

**What ▮▮▮▮▮ Offers You**
As part of our team, you'll be rewarded and recognized for your performance in an environment that will challenge you and give you clear direction on what it takes to succeed in your role as well as provide development for other roles you may be interested in. Your financial compensation may be the first thing you consider, and we're excited to share what we offer goes beyond to support your whole well-being. Your base compensation will be $▮▮▮ per hour (expected annual salary $▮▮▮▮▮), based on an anticipated schedule of 40 hours per week. Your overtime rate will be 1.5 times the hourly salary rate. Any future increases will be based on ▮▮▮▮▮ compensation program and your performance.

You are eligible to participate in the ▮▮▮▮▮ in 2024. To align with our cultural value of performance, ▮▮▮ is an annual performance-based program; therefore, top performers are rewarded when the business meets its goals. However, there is no guarantee that an incentive payment will be made. Click ▮▮▮ to learn more about the ▮▮▮▮▮. You will also be able to reference these plan details within our onboarding tool, ▮▮▮▮▮.

**Financial Fitness**
▮▮▮▮▮ and its family of companies are committed to helping employees build stronger financial security. Whether you are just beginning your career, nearing retirement age or somewhere in between, participating in the 401(k) plan* is a great way to help strengthen your financial fitness.

*Automatic Enrollment Makes it Simple*
In general, newly-hired employees or those who become eligible for the plan will be automatically enrolled.

- You will be automatically enrolled at a pre-tax contribution rate of 3% of eligible pay as of your second pay date following your hire date unless you elect a different contribution level or select a 0% deferral rate by 3 p.m. CT on the Wednesday after your first pay date following your hire date under the plan. You will have access to your account at ▮▮▮▮▮, the plan's record keeper, as soon as administratively possible following your date of hire. You may change your contribution rate or investment election at ▮▮▮▮▮ or by calling ▮▮▮▮▮.
- If you do not make an investment election, your contributions will be invested in a Target Date Investment, based on your date of birth and the assumption that you will retire at the age of 65. You can review or change your investment elections at any time.
- Your contribution rate will automatically increase annually on Feb. 1 by 1%. This will happen unless you opt out of automatic increases or until you reach the plan designated automatic increase limit, though you may manually elect to increase your contribution rate at any time.
- ▮▮▮▮▮ will send a welcome kit within the first week of employment with additional details.

*The Choices Are Yours*
You decide how much to contribute to the plan each pay period (1% to 80% of your eligible pay), up to the annual IRS limit. The IRS limit includes contributions you made to any 401(k), 403(b) or similar workplace plan during the year. You decide how your money is invested by selecting from several options. The plan offers a pretax contribution option and a Roth 401(k) option for after-tax contributions.

*Employer Match Can Boost Savings*
After being credited with one year of service, you will be eligible to receive employer matching contributions that will help your savings grow faster. To receive the full employer match amount, you must contribute at least 6% of your eligible pay each pay period throughout the year.

*Vesting*
You own (or are 100% vested in) your pre-tax and Roth 401(k) contributions at all times. Employer-matching contributions are 100% vested after you have been credited with two years of service (this includes service with acquired entities).

*If there are any differences between the official plan document for any benefit plan and this summary, the official plan document will govern.

**What ▮▮▮▮▮ Needs From You**

# EXHIBIT D

