# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:24-CV-1002-MOC-SCR

| | |
|---|---|
| SALLAMONDRA ROBINSON, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF SHANQUELLA ROBINSON, DECEASED<br><br>Plaintiff,<br><br>v.<br><br>E'MANI GREEN, ALYSSE HYATT, MALIK DYER, WENTER DONOVAN, KHALIL COOKE, and NAZEER TYREE WIGGINS,<br><br>Defendants. | **DECLARATION OF TAMMY GORDON** |

I, Tammy Gordon, being of legal age and duly sworn under penalty of perjury pursuant to 28 U.S.C. § 1746, attest and state as follows:

1. I am over the age of eighteen years old, suffer no legal disabilities, have personal knowledge of the facts set forth below, and I am competent to testify. I am a current citizen and resident of Hartford County Connecticut.

2. I reside at 3023 Sherill Avenue, Jamestown North Carolina, and have for many years.

3. Over 4 years ago, E'mani Green resided with me at 3023 Sherrill Avenue, Jamestown North Carolina.

4. E'mani Green hasn't resided at 3023 Sherrill Avenue, Jamestown North Carolina since April 2021 when she moved into an apartment in Walkertown, North Carolina.

1

5. On or about May 7, 2025, I was outside my home at 3023 Sherrill Avenue, Jamestown North Carolina, when I was approached by a gentleman asking me if I knew E'Mani Green.

6. I replied that I did.

7. This same gentleman asked me if E'Mani Green resided at 3023 Sherrill Avenue, Jamestown, North Carolina.

8. I informed the gentleman that she did not.

9. After I informed the gentleman that E'Mani Green did not reside at 3023 Sherill Avenue, Jamestown, North Carolina, he left the premises.

10. The same gentleman returned approximately two hours later and handed me a packet of legal papers for E'mani Green.

11. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this __18__ day of __August 18, 2025__, 2025.

_____
Tammy Gordon