| | |
|---|---|
| SALLAMONDRA ROBINSON, )<br>INDIVIDUALLY AND AS )<br>PERSONAL REPRESENTATIVE OF )<br>THE ESTATE OF SHANQUELLA )<br>ROBINSON, DECEASED. )<br> )<br>*Plaintiff*,<br>v. )<br> )<br>E'MANI GREEN, )<br>ALYSSE HYATT, )<br>MALIK DYER, )<br>WENTER DONOVAN, )<br>KHALIL COOKE, )<br>NAZEER TYREE WIGGINS, )<br>UNITED STATES DEPARTMENT OF )<br>STATE, AND THE )<br>FEDERAL BUREAU OF INVESTIGATION, )<br> )<br>*Defendants*.<br>_____/ | Case No.: 3:24-cv-01002-MOC-SCR |

## NOTICE OF SERVING PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANT ALYSSE HYATT

Plaintiff, Sallamondra Robinson, by and through Undersigned Counsel, propounds the attached request for production to Defendant, Alysse Hyatt, to be answered under oath within thirty (30) days from the date of service in accordance with the applicable Rules of Civil Procedure and LCvR 16.1.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of August, 2025, the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List. Specifically, I further certify that a copy was mailed to the following individuals at the addresses listed below:

Malik Dyer
81 Burlington St.,
Hartford, CT 06112

Nazeer Tyree Wiggins
5221 Londonberry Rd.,
Charlotte, NC 28210
*Pro Se*

Respectfully submitted,

                                      Respectfully submitted,

                                      /s/ Sue-Ann Robinson
Sue-Ann Robinson, Esq.
FBN: 29463
614 S. Federal Highway
Fort Lauderdale, FL 33301
Telephone: (754) 801-0897
Email: sueann@frontlinefirm.com
*Pro hac vice*

/s/ Gabrielle Higgins
Gabrielle Higgins, Esq.
FBN: 1025840
614 S. Federal Highway
Fort Lauderdale, FL 33301
T: 754-801-0897
gabrielle@frontlinefirm.com
*Pro hac vice*

**WALLIS, BOWENS, AVERHART & ASSOCIATES, PLLC**
/s/ Saleisha Nadia Averhart
Saleisha Nadia Averhart, Esq. (NC State Bar No. 40178)
5500 McNeely Drive, Ste. 102
Raleigh, North Carolina 27612
T: 919-741-6798
saleisha@wbaalaw.com

**SERVICE LIST**

**Andrew Harris Brown**
Brown, Faucher, Peraldo & Benson, PL
822 N. Elm St.
Suite 200
Greensboro, NC 27401
(336)478-6000
Email: dbrown@bbflaw.com

**Gary K. Sue**
Burton, Sue & Anderson, LLP
P.O. Box 20083
Greensboro, NC 27420
336-275-0512
Fax: 336-378-1390
Email: gks@sa-nclaw.com

**Brian Michael Williams**
Hedrick Gardner Kincheloe & Garofalo
2710 Wycliff Rd., Ste. 220
Raleigh, NC 27607
919-719-2827
Fax: 919-832-9425
Email: bwilliams@hedrickgardner.com

**Brian J Manikowski**
Hall Booth Smith, PC
5420 Wade Park Blvd.
Suite 130
Raleigh, NC 27607
984-247-8873
Email: bmanikowski@hallboothsmith.c

**Elliot Alexander Fus**
Blanco Tackabery & Matamoros, P.A.
110 South Stratford Road, Suite 110
Post Office Drawer 25008
Winston-Salem, NC 27104
336/293-9000
Fax: 336/293-9030
Email: eaf@blancolaw.com

**Jonathan Tate Mlinarcik**
Hall Booth Smith Atlanta
5420 Wade Park Blvd
Suite 130

Raleigh, NC 27607
984-247-8883
Email: [jtmlinarcik@hallboothsmith.com](mailto:jtmlinarcik@hallboothsmith.com)


**Nazeer Tyree Wiggins**
5221 Londonderry Road
Charlotte, NC 28210
PRO SE

**Malik Dyer**
81 Burlington Street
Hartford, CT 06112
PRO SE