**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
ROOM 210, CHARLES R. JONAS BUILDING
401 WEST TRADE STREET
CHARLOTTE, NORTH CAROLINA 28202

OFFICIAL BUSINESS

FILED
CHARLOTTE, NC

SEP 18 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC

quadient
FIRST-CLASS MAIL
IMI
$000.74
09/03/2025 ZIP 28202
043M31249186
US POSTAGE



Nazeer Tyree Wiggins
5221 Londonderry Road
Charlotte, NC 28210

NIXIE        281   FE 1         0009/13/25
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

Case 3:24-cv-01002-MOC-SCR   Document 69   Filed 09/18/25   Page 1 of 1