# U.S. District Court

## Western District of North Carolina

### Notice of Electronic Filing

The following transaction was entered on 8/29/2025 at 10:30 AM EDT and filed on 8/29/2025
**Case Name:** Robinson v. Jackson et al
**Case Number:** [3:24-cv-01002-MOC-SCR](#)
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**TEXT-ONLY ORDER granting [67] Opposed Motion for Extension of Time to File Response re [63] MOTION to Dismiss. Responses due by 10/2/2025. So Ordered. Entered by US Magistrate Judge Susan C. Rodriguez on 8/29/2025. (Pro se litigant served by US Mail.)(DLG)**