UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

SALLAMONDRA ROBINSON,
INDIVIDUALLY AND AS
PERSONAL REPRESENTATIVE OF
THE ESTATE OF SHANQUELLA ROBINSON,
DECEASED.                                                    )
                                                             )
   *Plaintiff*,                                 )
v.                                                           )
                                                             )
E'MANI GREEN,                                                )     Case No.: 3:24-cv-01002
ALYSSE HYATT,                                                )
MALIK DYER,                                                  )
WENTER DONOVAN,                                              )
KHALIL COOKE,                                                )
NAZEER TYREE WIGGINS,                                        )
UNITED STATES DEPARTMENT OF                                  )
STATE, AND THE                                               )
FEDERAL BUREAU OF INVESTIGATION,                             )
                                                             )
   *Defendants*.
_____/

## PLAINTIFF'S OPPOSITION TO DEFENDANT GREEN'S MOTION TO DISMISS FOR IMPROPER SERVICE AND FORUM NON CONVENIENS

Plaintiff, by and through undersigned counsel, moves this Honorable Court to deny the Defendant's Motion to Dismiss. In support of this motion, Ms. Robinson files contemporaneously Plaintiff's Memorandum in Opposition to Defendant Green's Motion to Dismiss for Improper Service and Forum Non Conveniens.

**WHEREFORE**, Plaintiff respectfully requests that the Defendant's Motion to Dismiss be denied.

Dated: October 2, 2025

                                                     Respectfully submitted,

                                                     /s/ Sue-Ann Robinson

Sue-Ann Robinson, Esq.<br>
FBN: 29463<br>
614 S. Federal Highway<br>
Fort Lauderdale, FL 33301<br>
Telephone: (754) 801-0897<br>
Email: sueann@frontlinefirm.com<br>
*Pro hac vice*

/s/ Gabrielle Higgins<br>
Gabrielle Higgins, Esq.<br>
FBN: 1025840<br>
614 S. Federal Highway<br>
Fort Lauderdale, FL 33301<br>
T: 754-801-0897<br>
gabrielle@frontlinefirm.com<br>
*Pro hac vice*

**WALLIS, BOWENS, AVERHART & ASSOCIATES, PLLC**<br>
/s/ Saleisha Nadia Averhart<br>
Saleisha Nadia Averhart, Esq. (NC State Bar No. 40178)<br>
5500 McNeely Drive, Ste. 102<br>
Raleigh, North Carolina 27612<br>
T: 919-741-6798<br>
saleisha@wbaalaw.com

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 2, 2025, a true and correct copy of the foregoing was furnished via electronic mail to all of attorneys of records through the CM/ECF portal and to pro se litigants at the following address:

**Malik Dyer**
81 Burlington Street
Hartford, CT 06112
*Pro Se*

**Nazeer Tyree Wiggins**
5221 Londonderry Road
Charlotte, NC 28210
*Pro Se*

                                                                  Respectfully submitted,

                                                                  /s/ Sue-Ann Robinson
Sue-Ann Robinson, Esq.
FBN: 29463
614 S. Federal Highway
Fort Lauderdale, FL 33301
Telephone: (754) 801-0897
Email: sueann@frontlinefirm.com
*Pro hac vice*

/s/ Gabrielle Higgins
Gabrielle Higgins, Esq.
FBN: 1025840
614 S. Federal Highway
Fort Lauderdale, FL 33301
T: 754-801-0897
gabrielle@frontlinefirm.com
*Pro hac vice*

**WALLIS, BOWENS, AVERHART & ASSOCIATES, PLLC**
/s/ Saleisha Nadia Averhart
Saleisha Nadia Averhart, Esq. (NC State Bar No. 40178)
5500 McNeely Drive, Ste. 102
Raleigh, North Carolina 27612
T: 919-741-6798
saleisha@wbaalaw.com