FILED
CHARLOTTE, NC

OCT 03 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| SALLAMONDRA ROBINSON, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF SHANQUELLA ROBINSON, DECEASED<br>*Plaintiff(s)*<br><br>v.<br><br>E'MANI GREEN, ALYSSE HYATT, MALIK DYER, WENTER DONOVAN, KHALIL COOKE, NAZEER TYREE WIGGINS, UNITED STATES DEPARTMENT OF STATE, AND THE FEDERAL BUREAU OF INVESTIGATION,<br>*Defendant(s)* | Civil Action No. 3:24-CV-01002-MOC-SCR |

## DEFENDANT'S MOTION FOR DISSMIS TO AMENDED COMPLAINT

**COMES NOW**, the Defendant, MALIK DYER, hereby appearing pro se, respectfully request this Honorable Motion to be dismissed

In support of this Motion, Defendant, MALIK DYER, denies any and all allegations against, MALIK DYER, as stated in the Complaint and Amended Complaint.

**WHEREFORE**, Defendant, MALIK DYER, respectfully submits this request in good faith and does not delay the court's proceedings.

Respectfully submitted,

_/s/ Malik Dyer_
Malik Dyer, Defendant, pro se
81 Burlington Street
Hartford, CT 06112
Email: Mailckdyer@gmail.com

1

# PROOF OF SERVICE

I hereby certify that on OCT. 1, 25_____, a true and correct copy of the attached
**Defendant's Motion to Dismiss Complaint**_____, was served upon the plaintiff's
three (3) attorneys listed below, via Certified U.S. Mail.

Plaintiff(s)

Sallamondra Robinson

    represented by **Gabrielle Higgins**
    Frontline Law
    614 S. Federal Highway
    Fort Lauderdale, FL 33301

    **Saleisha N. Averhart**
    Wallis, Bowens, Averhart, & Associates PLLC
    5500 McNeely Drive
    Raleigh, NC 27612

    **Sue-Ann Robinson**
    Robinson Caddy Law
    P.O. Box 1218
    Fort Lauderdale, FL 33312

v.

Defendant(s)

**Alysse Hyatt**

    represented by **Andrew Harris Brown**
    Brown, Faucher, Peraldo & Benson, PLLC
    822 N. Elm Street, Suite 200
    Greensboro, NC 27401

**Wenter Donovan**

    represented by **Andrew Harris Brown**
    (See above for address)
    &
    **Gary K. Sue**
    Burton, Sue & Anderson, LLP
    P.O. Box 20083
    Greensboro, NC 27420

**Khalil Cooke**

    represented by **Brian Michael Williams**
    Hedrick, Gardner Kincheloe & Garofalo, LLP
    4131 Parklake Avenue, Suite 300

**Defendant(s) Continued**
**Nazeer Tyree Wiggins**

Raleigh, NC 27612

represented by **Nazeer Tyree Wiggins**
5221 Londonderry Road
Charlotte, NC 28210
Pro Se

**E'Mani Green**

represented by **E'Mani Green**
3023 Sherrill Avenue
Jamestown, NC 27282
Pro Se

The Federal Bureau of Investigations and The U.S. Department of State was DISMISSED by GRANTED MOTION on June 13, 2025.