# PRIORITY MAIL EXPRESS®

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

Retail
U.S. POSTAGE PAID
PME
HARTFORD, CT 06112
OCT 01, 2025
28202
$31.40
RDC 07
R2305K135609-66

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP


PS10001000006

EP13F October 2023
OD: 12 1/2 x 9 1/2

**UNITED STATES POSTAL SERVICE® — PRIORITY MAIL EXPRESS®**

EI 172 280 767 US

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT) PHONE ( )

Malik Dyer
81 Burlington ST Hartford
CT  06112

RECEIVED
Charlotte, NC
OCT 03 2025
US District C[ourt]
Western District N[C]

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED
☐ No Saturday Delivery
☐ Sunday/Holiday Delivery Required

TO: (PLEASE PRINT) PHONE ( )

United States Courthouse
Charles R. Jonas Federal
Building  401 West Trade ST
Room 1208 Charlotte NC

ZIP + 4® (U.S. ADDRESSES ONLY)
2 8 2 0 2

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

⬅ PEEL FROM THIS CORNER

LABEL 11-B, MAY 2021  PSN 7690-02-000-9996

**PAYMENT BY ACCOUNT (If applicable)**

20

**ORIGIN (POSTAL SERVICE USE ONLY)**
☐ 1-Day ☐ 2-Day ☐ Military ☐ DPO
PO ZIP Code | Scheduled Delivery Date | Postage
Date Accepted | Scheduled Delivery Time ☐ 6:00 PM | Insurance Fee | COD Fee
Time Accepted ☐ AM ☐ PM | | Return Receipt Fee | Live Animal Transportation Fee
Special Handling/Fragile | Sunday/Holiday Premium Fee | Total Postage & Fees
Weight ☐ Flat Rate | Acceptance Employee Initials

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt | Time ☐ AM ☐ PM | Employee Signature
Delivery Attempt | Time ☐ AM ☐ PM | Employee Signature

UNITED STATES POSTAL SERVICE®