| | |
|---|---|
| STATE OF NORTH CAROLINA | IN THE GENERAL COURT OF JUSTICE |
| | SUPERIOR COURT DIVISION |
| COUNTY OF MECKLENBURG | Case No.: 3:24-cv-01002 |

SALLAMONDRA ROBINSON,  )
INDIVIDUALLY AND AS  )
PERSONAL REPRESENTATIVE OF  )
THE ESTATE OF SHANQUELLA  )
ROBINSON, DECEASED.  )
                                    )

*Plaintiff*,
v.  )
                                    )

E'MANI GREEN,  )
ALYSSE HYATT,  )
MALIK DYER,  )
WENTER DONOVAN,  )
KHALIL COOKE,  )
NAZEER TYREE WIGGINS,  )
UNITED STATES DEPARTMENT OF  )
STATE, AND THE  )
FEDERAL BUREAU OF INVESTIGATION,  )
                                    )

    *Defendants*.

_____/

## **PLAINTIFF'S MOTION TO STRIKE DEFENDANT MALIK DYER'S MOTION TO DISMISS**

**COMES NOW,** Plaintiff, by and through undersigned counsel, serves this Motion to Strike Defendant Malik Dyer's Motion to Dismiss, pursuant to Fed. R. Civ. P. 12(f) . As support for the Plaintiff's Opposition, the Plaintiff states the following:

Defendant's Motion denies "any and all allegations against Malik Dyer in the Complaint and Amended Complaint." (Defendant Dyer's Motion to Dismiss, ECF 71).

This conclusory one-line motion is insufficient to provide proper notice or assert a cognizable defense. The defendant has failed to respond to the facts alleged in the operative Complaint as required by the Federal Rules of Civil Procedure.

**WHEREFORE**, Plaintiff respectfully requests that the Defendant's Motion to Dismiss be denied and stricken.

Dated: October 17, 2025

Respectfully submitted,

/s/ Gabrielle Higgins
Gabrielle Higgins, Esq.
FBN: 1025840
614 S. Federal Highway
Fort Lauderdale, FL 33301
T: 754-801-0897
gabrielle@frontlinefirm.com
*Pro hac vice*

/s/ Sue-Ann Robinson
Sue-Ann Robinson, Esq.
FBN: 29463
614 S. Federal Highway
Fort Lauderdale, FL 33301
Telephone: (754) 801-0897
Email: sueann@frontlinefirm.com
*Pro hac vice*

**WALLIS, BOWENS, AVERHART & ASSOCIATES, PLLC**
/s/ Saleisha Nadia Averhart
Saleisha Nadia Averhart, Esq. (NC State Bar No. 40178)
5500 McNeely Drive, Ste. 102
Raleigh, North Carolina 27612
T: 919-741-6798
saleisha@wbaalaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 17, 2025, a true and correct copy of the foregoing was furnished via electronic mail and service, **to** all *counsel of record:*

Malik Dyer
81 Burlington Street
Hartford, CT 06112
Pro Se

Brian Manikowski
**HALL BOOTH SMITH, P.C.**
5420 Wade Park Boulevard
Suite 130
Raleigh, NC 27607
Phone: (984) 247-8880
bmanikowski@hallboothsmith.com
jtmlinarcik@hallboothsmith.com
/s/ JT Mlinarcik _____
BRIAN MANIKOWSKI
NC Bar No.: 57649
JT MLINARCIK
NC Bar No.: 35455
**Attorneys for E'mani Green**


Andrew Harris Brown
Brown, Faucher, Peraldo & Benson, PLLC
822 N Elm Street, Suite 200
Greensboro, NC 27401
dbrown@bbflaw.com
**Attorney for Alysse Hyatt**

Gary K. Sue
Burton Sue & Anderson, LLP
PO Box 20083
Greensboro, NC 27420
**Attorney for Wenter Donovan**

Brian M. Williams
Hedrick Gardner Kincheloe & Garofalo, LO
4131 Parklake Ave., Suite 300
Raleigh, NC 27612
bwilliams@hedrickgardner.com
Attorney for Khalil Cooke

Nazeer Tyree Wiggins
5221 Londonderry Road
Charlotte, NC 28210
Pro Se