IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:24-CV-01002

| | |
|---|---|
| SALLAMONDRA ROBINSON, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF SHANQUELLA ROBINSON, DECEASED,<br><br>        **Plaintiff,**<br><br>v.<br><br>E'MANI GREEN, ALYSSE HYATT, MALIK DYER, WENTER DONOVAN, KHALIL COOKE, NAZEER TYREE WIGGINS, UNITED STATES DEPARTMENT OF STATE, AND THE FEDERAL BUREAU OF INVESTIGATION,<br><br>        **Defendants.** | **NOTICE OF APPEARANCE** |

  NOW COMES undersigned counsel, Ellen M. Koscielniak, of the law firm Hedrick Gardner Kincheloe & Garofalo, LLP, and files her Notice of Appearance on behalf of Defendant Khalil Cooke in the above-captioned matter and requests that the Court serve all pleadings, papers, court notices, court calendars, and any other papers to the attention of the undersigned.

Respectfully submitted,

This the 27th day of October, 2025.

        **HEDRICK GARDNER KINCHELOE & GAROFALO LLP**

By:    */s/Ellen M. Koscielniak*
       ELLEN M. KOSCIELNIAK
       N.C. State Bar No. 58657
       2710 Wycliff Road, Suite 220
       Raleigh, North Carolina 27607
       Telephone: (919) 719-2831
       Fax: (919) 832-9425
       ekoscielniak@hedrickgardner.com
       BRIAN M. WILLIAMS
       N.C. State Bar No. 28869
       2710 Wycliff Road, Suite 220
       Raleigh, North Carolina 27607
       Telephone: (919) 719-2827
       Fax: (919) 832-9425
       bwilliams@hedrickgardner.com
       ***Attorneys for Defendant Khalil Cooke***

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document, *Notice of Appearance*, was filed electronically with the Clerk of Couty via the CM/ECF system and was served electronically upon the parties below:

Gabrielle Higgins
Frontline Law FL
614 S. Federal Hwy
Fort Lauderdale, FL 33301
gabrielle@frontlinefirm.com
*Attorney for Plaintiff*

Sue-Ann Robinson
Robinson Caddy Law
PO Box 1218
Fort Lauderdale, FL 33312
sueann@bencrump.com
*Attorney for Plaintiff*

Brian J. Manikowski
JT Mlinarcik
Hall Booth Smith, PC
5420 Wade Park Boulevard, Suite 130
Raleigh, NC 27607
bmanikowski@hallboothsmith.com
jtmlinarcik@hallboothsmith.com
*Attorneys for E'mani Green*

Gill P. Beck
Assistant United States Attorney
100 Otis Street
Room 233
Asheville, North Carolina 28801
*Attorney for Defendant
United States*

Malik Dyer
81 Burlington Street
Hartford, CT 06112
*Pro Se*

Saleisha N. Averhart
Wallis, Bowens, Averhart & Associates, PLLC
5500 McNeely Drive, Suite 101 & 102
Raleigh, NC 27612
saleisha@wbaalaw.com
*Attorney for Plaintiff*

Andrew H. Brown
Brown, Faucher, Peraldo & Benson, PLLC
822 N Elm Street, Suite 200
Greensboro, NC 27401
dbrown@bbflaw.com
*Attorney for Alysse Hyatt*

Gary K. Sue
Sue, Anderson & Bordman, LLP
PO Box 20083
Greensboro, NC 27420
gks@sa-nclaw.com
*Attorney for Wenter Donovan*

Federal Bureau of Investigation
935 Pennsylvania Avenue NW
Washington, DC 20535

Nazeer Tyree Wiggins 5221
Londonderry Road
Charlotte, NC 28210 *Pro Se*

THIS THE 27TH DAY OF OCTOBER, 2025.

                                              */s/Ellen M. Koscielniak*
                                              ELLEN M. KOSCIELNIAK