IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:24-CV-01002

| | |
|---|---|
| SALLAMONDRA ROBINSON, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF SHANQUELLA ROBINSON, DECEASED,<br><br>Plaintiff,<br><br>v.<br><br>E'MANI GREEN, ALYSSE HYATT, MALIK DYER, WENTER DONOVAN, KHALIL COOKE, NAZEER TYREE WIGGINS, UNITED STATES DEPARTMENT OF STATE, AND THE FEDERAL BUREAU OF INVESTIGATION,<br><br>Defendants. | **DEFENDANT KHALIL COOKE'S POSITION STATEMENT** |

Defendant Khalil Cooke ("Cooke"), by and through undersigned counsel and pursuant to the text Order entered by United States District Court Judge Max O. Cogburn Jr. on November 5, 2025 whereby the Court requested the parties' relative positions as to whether the Court still possesses federal question or diversity jurisdiction, and, if not, whether the Court should exercise supplemental jurisdiction, hereby provides the following position statement to the Court.

First, Defendant Cooke does not believe the Court currently possesses federal question or diversity jurisdiction.

1

Second, Defendant Cooke consents to the Court's discretionary decision as to whether to exercise supplemental jurisdiction or to remand this matter to Mecklenburg County Superior Court for further proceedings.

Respectfully submitted,

This the 26th day of November, 2025.

                **HEDRICK GARDNER KINCHELOE & GAROFALO LLP**

By: */s/Brian M. Williams*
BRIAN M. WILLIAMS
N.C. State Bar No. 28869
2710 Wycliff Road, Suite 220
Raleigh, North Carolina 27607
Telephone: (919) 719-2827
Fax: (919) 832-9425
bwilliams@hedrickgardner.com
ELLEN M. KOSCIELNIAK
N.C. State Bar No. 58657
2710 Wycliff Road, Suite 220
Raleigh, North Carolina 27607
Telephone: (919) 719-2831
Fax: (919) 832-9425
ekoscielniak@hedrickgardner.com
***Attorneys for Defendant Khalil Cooke***

2

Case 3:24-cv-01002-MOC-SCR    Document 77    Filed 11/26/25    Page 2 of 3

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document, ***Defendant Khalil Cooke's Position Statement***, was filed electronically with the Clerk of Couty via the CM/ECF system and was served electronically upon the parties below:

Gabrielle Higgins
Frontline Law FL
614 S. Federal Hwy
Fort Lauderdale, FL 33301
gabrielle@frontlinefirm.com
*Attorney for Plaintiff*

Sue-Ann Robinson
Robinson Caddy Law
PO Box 1218
Fort Lauderdale, FL 33312
sueann@bencrump.com
*Attorney for Plaintiff*

Brian J. Manikowski
JT Mlinarcik
Hall Booth Smith, PC
5420 Wade Park Boulevard, Suite 130
Raleigh, NC 27607
bmanikowski@hallboothsmith.com
jtmlinarcik@hallboothsmith.com
*Attorneys for E'mani Green*

Gill P. Beck
Assistant United States Attorney
100 Otis Street
Room 233
Asheville, North Carolina 28801
*Attorney for Defendant
United States*

Malik Dyer
81 Burlington Street
Hartford, CT 06112
*Pro Se*

Saleisha N. Averhart
Wallis, Bowens, Averhart & Associates, PLLC
5500 McNeely Drive, Suite 101 & 102
Raleigh, NC 27612
saleisha@wbaalaw.com
*Attorney for Plaintiff*

Andrew H. Brown
Brown, Faucher, Peraldo & Benson, PLLC
822 N Elm Street, Suite 200
Greensboro, NC 27401
dbrown@bbflaw.com
*Attorney for Alysse Hyatt*

Gary K. Sue
Sue, Anderson & Bordman, LLP
PO Box 20083
Greensboro, NC 27420
gks@sa-nclaw.com

*Attorney for Wenter Donovan*

Federal Bureau of Investigation
935 Pennsylvania Avenue NW
Washington, DC 20535

Nazeer Tyree Wiggins 5221
Londonderry Road
Charlotte, NC 28210 *Pro Se*

THIS THE 26TH DAY OF NOVEMBER, 2025.

             */s/Brian M. Williams*
             **BRIAN M. WILLIAMS**