**Katherine Hord Simon**
*Clerk of Court*

**Tammy Hightower**
*Chief Deputy*

Telephone -1-866-851-1605

January 28, 2026

Clerk of Court
Mecklenburg County Superior Court
Mecklenburg County Courthouse
832 E 4th St
Charlotte, NC 28202

Re: Remand of Civil Action
Case No: 3:24-cv-01002-MOC-SCR
Case Title: Robinson v. Jackson et al

Dear Clerk:

Pursuant to entry of an Order of Remand, the above referenced case has been remanded to your court. Enclosed here with are certified copies of the Order of Remand and case docket.

Since our court is currently processing cases electronically on our CM-ECF application, we no longer have paper files to return to your court. Electronic documents can be emailed to your court upon request and providing a valid email address.

Sincerely,

*[signature]*

Deputy Clerk

enc.